Domonic Antonio Cooper
FULL NAME

_____
COMMITTED NAME (if different)

K.V.S.P.-D2-119 - P.O. Box 5104, Delano CA. 93216
FULL ADDRESS INCLUDING NAME OF INSTITUTION

AY-0630
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 0 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Cooper

PLAINTIFF,

v.

San Bernardino Sheriff Department

DEFENDANT(S).

CASE NUMBER
ED CV16 - 00949 - PSG (PLA)
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

*Current Complaint:
1. Crule-Unusual-Punishment "And All Related issues"
2. Unsafe Environment - Hostile Environment
3. Sexual Assault "by deputies"
4. Illegally Tampering with legal mail
5. Excessive Force
6. Denied Medical - Mental Health (psych. medication)
7. Hazing - Racial Profiling - Hostile Environment
8. Violated Right to A trial "with-out" crule-unusual Punishment (due process) Hostile Environment
9. Violated Religious Act (RLUiP-2000)
10. Post. Traumatic. Stress. Disorder (due to the above)

LODGED
CLERK, U.S. DISTRICT COURT

MAY - 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

If your answer is no, explain why not _____

_____

_____

3. Is the grievance procedure completed? ☐ Yes   ☒ No

If your answer is no, explain why not _Some issues I was not aware of my rights and made a complaint with Risk Management other issues I left before completing process_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Domonic Antonio Cooper_
(print plaintiff's name)

who presently resides at _K.V.S.P.-D2-119-P.O.BOX 5104, Delano Ca. 93216_ ,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_West Valley Detention Center - Rancho Cucamonga California (S.B.Dino-county Jail)_
(institution/city where violation occurred)

CIVIL RIGHTS COMPLAINT

Crule -Unusual -Punishment -)

on (date or dates) Unsafe Environment ,
(Claim I)                    (Claim II)                    (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **Lieutenant: M. Schilling #S-0473 (Classification)** resides or works at
   (full name of first defendant)
   **9500, Etiwanda Ave W.V.D.C. Rancho Cucamonga Ca.91739**
   (full address of first defendant)
   **Lieutenant (Sheriff) & Classification Staff**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Housed me in Unsafe Environment (I was assaulted several times due to)
   Charged as a Sex offender in General Population - Failed to act to prevent Fighting

2. Defendant **Deputy. Brandt** resides or works at
   (full name of first defendant)
   **W.V.D.C., 9500, Etiwanda Ave, Rancho Cucamonga Ca.91739**
   (full address of first defendant)
   **Deputy (Sheriff)**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Refused to move me after I told him I was being threatened (by michael -Jones)
   I was Assaulted "due to" (Unsafe Environment -Crule Unusual punishment)

3. Defendant **Deputy. Vigil** resides or works at
   (full name of first defendant)
   **W.V.D.C., 9500 Etiwanda Ave, Rancho Cucamonga, Ca.**
   (full address of first defendant)
   **Deputy (Sheriff)**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Refused to move me after I told him I'm being threatened by Michael Jones
   I was assaulted "due to" (Unsafe -Crule Unusual punishment)

---

**CIVIL RIGHTS COMPLAINT**

4.  Defendant __S.C.S. Fisher_____    resides or works at
    <span>(full name of first defendant)</span>

__W.V.D.C. 9500, Etiwanda, Ave, Rancho Cucamonga Ca. 91739__
<span>(full address of first defendant)</span>

__Sheriff - Costody - Specialist__
<span>(defendant's position and title, if any)</span>

The defendant is sued in his/her (Check one or both): ☒individual  ☒official capacity.

Explain how this defendant was acting under color of law:

__Moved me into cells where I was assaulted - Refused to move me when I
was in danger (I Had to fight) Jeopardized my life. (over -16- moves)__

5.  Defendant __S.C.S. Booker_____    resides or works at
    <span>(full name of first defendant)</span>

__W.V.D.C. 9500, Etiwanda Ave, Rancho Cucamonga CA. 91739__
<span>(full address of first defendant)</span>

__Sheriff - Costody - Specialist__
<span>(defendant's position and title, if any)</span>

The defendant is sued in his/her (Check one or both): ☒individual  ☒official capacity.

Explain how this defendant was acting under color of law:

__Moved me to cells where I was assaulted - Refused to move me when I was in
danger (I had to fight) jeopardized my life. (over -16- moves)__

Unsafe Environment
Cruel + Unusual punishment
3-3-13 to 11-3-14

6. Defendant **Roche — "deputy"** _____ resides or works at
(full name of first defendant)

W.V.D.C. 9500, Etiwanda Ave, Rancho Cucamonga Ca. 91739
(full address of first defendant)

Deputy (Sheriff)
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒individual   ☒official capacity.

Explain how this defendant was acting under color of law:

Refused to move me after I told him "I'm Being threatened by Michael Jones
I was assaulted "due to" (jeopardized my life

7. Defendant **S.C.S.-Sibley** _____ resides or works at
(full name of first defendant)

W.V.D.C, 9500 Etiwanda Ave, Rancho Cucamonga Ca. 91739
(full address of first defendant)

Sheriff — Costody-Specialist
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒individual   ☒official capacity.

Explain how this defendant was acting under color of law:

Let inmate Kevin Thompson in dayRoom 2-days after we fought.
We fought again "due to" (he attacked me) jeopardized my life

(Rule-Unusual-Punishment
~~m~~ ~~distrials~~

on (date or dates) Sexual Assault , ,
   (Claim I)          (Claim II)         (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant deputy — Roche resides or works at
     (full name of first defendant)

W.V.D.C 9500, Etiwanda Ave, Rancho Cucamonga Ca. 91739
(full address of first defendant)

deputy (Sheriff)
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Sexually Assaulted me several times (during search)

2.   Defendant Deputy. Teyechea resides or works at
     (full name of first defendant)

W.V.D.C. 9500, Etiwanda Ave. Rancho Cucamonga Ca. 91739
(full address of first defendant)

deputy (Sheriff)
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Sexually Assaulted me several times

3.   Defendant deputy. Jacobson resides or works at
     (full name of first defendant)

W.V.D.C. 9500, Etiwanda Ave, Rancho Cucamonga CA. 91739
(full address of first defendant)

deputy (Sheriff)
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Sexually Assaulted me (during search)

CRule-Unusual-Punishment *

Sep. of 2013 to July of 2015

on (date or dates) Tampering (W) Legal Mail _____, _____, _____
                                    (Claim I)              (Claim II)              (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant  W.V.D.C - Mail-Room Staff (Martinez)  resides or works at
                    (full name of first defendant)
     W.V.D.C. 9500 Etiwanda Ave Rancho Cucamonga Ca. 91739
     (full address of first defendant)
     Mail-Room - Sheriff (S.C.A.)
     (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

     Explain how this defendant was acting under color of law:
     I Illegally opened legal mail.

2.   Defendant W.V.D.C./Mail-Room staff/ (Rodriguez) S.C.A.  resides or works at
                    (full name of first defendant)
     WVDC. 9500 Etiwanda Ave Rancho Cucamonga Ca. 91739
     (full address of first defendant)
     Mail Room Staff (S.C.A.) Sheriff
     (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

     Explain how this defendant was acting under color of law:
     I Illegally opened legal mail

3.   Defendant  Mail Room Staff (S.C.A) W.V.D.C  resides or works at
                    (full name of first defendant)
     W.V.D.C. 9500 Etiwanda Ave Rancho Cucamonga Ca. 91739
     (full address of first defendant)
     Mail-Room Staff (S.C.A.) Sheriff
     (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

     Explain how this defendant was acting under color of law:
     Tampered — illegally opend legal mail (blacked out address)

---

**CIVIL RIGHTS COMPLAINT**

on (date or dates) 6-17-13 , _____ , _____ .
                                    (Claim I)                    (Claim II)                         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant deputy Lopez _____ resides or works at
    (full name of first defendant)

    W.V.D.C. 9500 Etiwanda Ave, Rancho Cucamonga CA. 91739
    (full address of first defendant)

    deputy (Sheriff)
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

Excessive Force
Injured left sholder

2.  Defendant deputy Reynolds _____ resides or works at
    (full name of first defendant)

    W.V.D.C. 9500 Etiwanda Ave Rancho Cucamonga CA. 91739
    (full address of first defendant)

    deputy (Sheriff)
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

Excessive Force
Injured left sholder

3.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

on (date or dates) 3-3-13 to 10-18-15 , 4-29-15 to 4-30-15 , 6-17-13 to 10-18-15
(Claim I)                    (Claim II)                  (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant W.V.D.C. Medical Staff - Mental Health (Beckford) resides or works at
    (full name of first defendant)
    W.V.D.C. 9500 Etiwanda Ave Rancho Cucamonga CA. 91739
    (full address of first defendant)
    W.V.D.C Medical Staff - Mental Health
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Deprived  treatment (mental Health - medical)
Beckford "mental Health"- Failed to Report Sex Assault "by Sheriff "

2.  Defendant deputy, Enscoe                                          resides or works at
    (full name of first defendant)
    W.V.D.C. 9500 Etiwanda Ave Rancho Cucamonga CA. 91739
    (full address of first defendant)
    deputy - Bailiff (Sheriff)
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Hazing - Violated Right to trial "without" crule - Unusual Punishment
 Hostile Environment

3.  Defendant W.V.D.C - Chaplain                                      resides or works at
    (full name of first defendant)
    W.V.D.C 9500 Etiwanda Ave Rancho Cucamonga CA. 91739
    (full address of first defendant)
    Chaplain
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Violated - Religious Act (RLUIP) - 2000
Forced to hear Christian Church " On Camera"

on (date or dates) 6-17-13 to 10-18-15 , 3-3-13 to 10-18-15 , _____
                         (Claim I)                (Claim II)                (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant **W.V.D.C - SanBernardino Sheriff Department** _____ resides or works at
     (full name of first defendant)

     **W.V.D.C 9500 Etiwanda Ave Rancho Cucamonga Ca. 91739**
     (full address of first defendant)

     **Sheriff Department ( Jail )**
     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

**P.T.S.D. Due to Suffering in Sheriff costody**
_____

2.   Defendant **DR. Kumboni (Mental Health w.v.D.c)** _____ resides or works at
     (full name of first defendant)

     **W.V.D.C 9500 Etiwanda Ave Rancho Cucamonga Ca. 91739**
     (full address of first defendant)

     _____
     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

**Refused to give me remron(psyche medication)and knew I took it before I was arrested-Refused to give me seraquell - Refused medication for P.t.S.D**

3.   Defendant _____ resides or works at
     (full name of first defendant)

     _____
     (full address of first defendant)

     _____
     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

P. t. S.D.

Duress Before & during trial

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. I have Post. Traumatic. Stress. Disorder.

2. Because of Suffering so long in SanBernardino Costody Sheriff (w.v.D.C.)

3. V. Miller (w.v.D.C) said I have p.t.sd.

4. Dr. Lad (North Kern State Prison) treated me for p.t.s.d from Oct of 2015 to Jan. of 2016.

5. Medication for p.t.s.d PRAZOSIN

6. Effected Trial-Duress-physical pain-Mental stress-Flashbacks-bad dreams

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

_Hazing—Violation of Right to trial "without" crule unusual_
_punishment._

_Abusing — disabled—Mentally ill—Discrimination_
_By TRial Bailiff & Deputy  at  jail (w.v.b.c)_

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

_Deputy Enscoe was the bailiff in my_
_trial, he has a personal grudge against me. Every time Enscoe was in my_
_presence he cussed me out and made it impossible for me to get my hair—_
_cut—or canteen. I was in fear for my life._

2. _After filing a grievance on Enscoe he came to my cell and_
_cussed me out saying "why the fuck did you lie on me"._

3. _I was technically still in trial (during sentencing)._
_Enscoe violated my Rights To:_
_TRial without crule unusual punishment — He was the bailiff —_
_And came to the jail as a deputy and acted a fool. Unprofessional._

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**                    Page 12/19

D. CLAIMS*

The following civil right has been violated:

**CLAIM I**

*Religious Violation*

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. From June of 2013 to mid-2015 I was forced to hear christian church service. I'm not a christian. It's wrong for me to have to hear it.

2. Chaplain come to our tank and hold church. We Have no choice. "ON CAMERA 8-9-15" Unit 11-E

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)

D. **CLAIMS***

**CLAIM I**

The following civil right has been violated:

Illegally Opening Legal Mail

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

From September of 2013 to July of 2015 my legal mail was illegally opened several times. Information about my criminal case and my lawsuit was looked at and I have reason to believe my information was leaked to the D.A. Violating my rights to privacy and legal work.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**D. CLAIMS***

CLAIM I

The following civil right has been violated:

*Excessive Force*

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right:

1. On 6-17-13 Deputies Lopez → Reynolds pulled my arm up behind my back until it snapped (left sholder).

2. It was after I fought (self defence) montgomary but when the cops came in the tank we already stopped fighting.

3. They gave me a chicken wing and called me a "nigger" — Slamming my face against the wall in the probation-phone-cell G-tank-unit-6. Saying, "So you want to pimp little-girls bitch ass nigger. I'll break your other arm."

4. I was denied the right to press charges and to treatment for my nose (busted) and sholder.

5. I was in fear for my life to file a grievance right away due to threats by Lopez & Reynolds.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

Denied Medical Treatment And
Mental Health (psyche medication) until after
I lost trial.

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1   From 3-3-13 to 10-18-15 I was denied helpful (conducive) Medical-Mental Health (psyche-medication) treatment. I told Medical-Staff I had seizures, having sharp pain in chest, shooting pain in rectum to no avail.

2   Mental Health staff refused to medicate-counsel me for p.t.s.d, after I was arrested from a mental ward (community hospital). I told staff I take Remron and needed it. I didn't get Remron & seraquell until after losing trial (after firing paid lawyer). Over 18 months in jail with no psyche medication.

3.   Beckford (mental Health) failed to Report sex-assault by deputies.

4.   I waited 2-years (in pain) for physical therapy (injury from excessive force) by Lopez & Reynolds. No physical therapy until after losing trial (Arrowhead Regional Center hospital-by Tonja Terk).

5   Proof of extreem duress before and during trial (on transcript).

#6   DR. Kumboni refused me psyche-medication (18-months) knowing I take Remron. Never gave me medication for p.t.s.d (after I told him and filed grievance).

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

1   My Life was jeopardized: Housed in General Population
   Charged as a Sex-offender "Assaulted Due To".

2   Assaulted Several times
   After telling Staff I'm being threatened

3   Unit -11-Staffs policy was
   you must fight to get moved. "PERIOD"

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1   Housed in general population charged as a sex-offender (Assaulted due to by montgomary) 6-17-13; Putting my life in jeopardy.

2   From June of 2013 to November of 2014 I believe staff deliberately put me in numerous fights (cell-fights mostly) "Deputies: Roche, Brandt, Vigil-C.S. Fisher - C.S. Booker - C.S. Sibley, I was moved more than 16-times and believe they were aware of my safety issues (I told them), after notifying them about problem in c-tank.

3   I told deputies: Brandt, Vigil, Roche my cell-mate (Jones) threatened me (and put in numerous Request to classification due to). Jones Assaulted me (Moved after) I Request to press charges to no Avail. Witness: Mark Easter # AT-7795

4   11-1-14  I was attacked by Kevin Thompson (my cell-mate) in 11-F-day-room, we were separated, still same tank. 2-days later (11-3-14) C.S. Sibley let Thompson out, I was (out too) in day-Room, he attacked me again, I knocked him out. He went to Arrowhead Hospital (Colton, CA.) for injuries. I could have killed him or died (he is over 300 pounds). Witness: David Younger # 1312340991 (W.V.D.C. inmate).

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

D. CLAIMS*

CLAIM I

The following civil right has been violated: _Sexully Assaulted by: Deputies_

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right. Sodomized by deputy Teyechea:

1. At least 3-times between Aug. of 2013 and Nov. of 2013. He played with my hemorrhoids. Making me bend over-spread my cheeks (buttocks), he used his hand (fingers) to fondel my hemorrhoids, More than once". I said you're not supposed to do that. Once he made me sit on his thy (knee). He took me in the barber-Room.

2. Once he pulled out his tazer-gun on me when I pulled my pants up (dep. cruiz came in barber Room). He made me show him (cruiz) my hemorrhoids. Teyechea played a sick game with me. I have flash-backs.

3. Deputy Roche (between June of 2013 and january) fondled my rectum-hole continuously after court. When he searched me he always rubed his hand (fingers) between my buttocks cheeks while searching.

4. Deputy Jacobson penetrated my rectum-hole - during sarch in the morning before court in September of 2014. I was treated for swelling me Hemorrhoids soon after.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Every night I go to sleep and hope to die before I awake. Most of my family disowned me and the ones who still care think of me as a damned fool.

Not necessarily because of my out-come and current situation but because I had a lawyer who believed he could beat my case, I fired him. Why? That's a question I can't answer.

The only explination that's logical is because I did'nt have my psych. medication. Today I know I would not have done that. Miss V. Miller (Mental Health - W.V.D.C.) told me that my medication does effect the choices I make. I'm mentally ill.

All other doctors also told me that the situation I was in made all the difference in my decisions. Extreem Duress.

I didn't get my psych. medication until after losing trial. Yes I continuously told W.V.D.C., Mental Health staff and put in Numerous Grievances on that issue to no Avail.

After losing trial I finally got Remron (wich I was taking prior to going to jail) and sereequel.

I didn't get physical therapy until after trial (losing) also, duress. I have P.T.S.D for life. I got sentenced to 38-years to Life. I suffered almost 3-years in San Bernardino Sheriff Costody. I have Flash-backs and night-mares. I relive the events (Sex-Assault - Excessive Force - Hazing - Unsafe Housing - And still have pain (in left sholder - limited use).

Is there a price on a human life? I'm as good as dead. San Bernardino Sheriffs ruined the man I once was. I'm always in fear. Hopefully we can settle or come to a peaceful resolution. The fact of the matter is that THESE THINGS DID HAPPEN. I want 80,000,000 (80-million).

| 4-28-16 | |
| --- | --- |
| (Date) | (Signature of Plaintiff) |

Cooper    V. San Bernardino Sheriff Department        Kern Valley State Prison
                                                       Facility D, Building 2

# "CAUSE OF ACTION"

March-3-2013  to October-18-2015
    (At) West Valley Detention Center (San Bernardino County Jail) Rancho
Cucamonga Ca.

   #1  I was detained in West Valley Detention Center and suffered cruel and-
unusual punishment by staff (3-3-13 to 10-18-15).

   #2 Unsafe Environment

Housed in general population, charged as a sex-offender. Not moved to protective custody
until assaulted by my cell-mate (montgomary) on 6-17-13.

        From march-3-2013 to November-3-2014, my life's been jeopardized mo-
re than 10-times. Between June-17-2013 and may of-2014 I was deliberately put in
numerous cell-fights by: deputy Roche - C.S. Fisher - C.S. Booker etc (over 16-cell-moves
Witnesses: Mark Easter #AT-7795 / Robert Adams (San Bernardino Resident).

        I told the deputies, "I'll kill myself, I don't want to fight. I'll hang my
self so they can't kill me. On October-19-2014, inmate Michael Jones (my cell-mate)
punched me in the face. After notifying deputies: Brandt and Vigil and sending several request
to classification telling them all, "my life's being threatened". They refused to move me until
Jones assaulted me, I requested to press charges to no avail. My lip was busted.

        On November-1-2014 I was attacked by inmate Thompson (11-F-dayroom) my
cell-mate. We were housed in separate cells, same tank; Two days later (11-3-14) they let
Thompson out while I was in the dayroom. He attacked me again and I knocked him out (he was
taken to Arrowhead-Hospital for injuries). They used us for entertainment and jeopardized our lives
Witness: David Youngent #1312340991. Grievance Investigation #1434G11164-Findings: Inconclusive

Turn Over

#3      Sexual Assault by deputies:

Sodomized by deputy Teyechea (between August and November of 2014) at least 3-times (he played with my hemmorrhoids). I believe he was fired for similar allegations, he violated at least 5-other inmates too.

Sodomized by deputy Jacobson (during search before court), he penetrated my rectum with his finger(s) in September of 2014. Sgt. Williams (black female) threatened to punish me if I filed a level-3 grievance. I was treated for swelling hemorrhoids soon after Jacobson violated

Deputy Roche fondled my rectum-hole several times (mostly after court, during search between June of 2013 and January of 2014. Internal Affairs (S.B. Dino Sheriff) findings of investigation: "Inconclusive". Grievance #1434G09272 & #1434G08103.

#4      Illegally Tampering with Legal Mail:

Continuously illegally opened legal mail (September of 2013 to July of 2015) involving controlling criminal case and civil claim against W.V.D.C (Jail) and county. I have tangible proof, the mail. Grievance #1534G07258, findings: Inconclusive

#5      Excessive force:

. Assaulted by deputies: Lopez and Reynolds. They pulled my left sholder (arm up behind my back until I felt it snap (on 6-17-13). I was deprived the right to treatment for my sholder and busted nose and denied the right to press charges on officers (see M.R.I. from Arrowhead Hospital

#6      Denied Medical & Mental Health Treatment (psych. Medication) (On Trial Transcripts

Deprived treatment from march-3-2013 to October-18-2015. I told W.V.D.C. staff I had seizures in the past, having sharp pains in my chest and shooting pain in my rectum to no avail. Mental Health staff refused to treat me for p.t.s.d (counseling). I was arrested from a mental ward (San Bernardino Community Hospital). I told w.v.d.c., staff I take remron and need it. I didn't get mental health treatment (psych. Medication) until after being found guilty in trial (after 18-months in jail).

I waited 2-years in pain for physical therapy, for injuries obtained by deputies Lopez and Reynolds. They called me Nigger while assaulting me.

Kern Valley State Prison
Facility D, Building 2

#7   Hazing & Abusing the Disabled (mentally ill)

Hazed by "trial bailiff" during sentencing (deputy Enscoe), "technically still in trial".
Grievance #1534G05024, Findings. Sustained. I was also hazed and called Ni-
gger, by medical staff. I was racially profiled and suffered discrimination.

"Nigger"

#8   P.T.S.D. "Due to the above."

I'm diagnosed with P.T.S.D. by W.V.D.C.'s social worker (v. Miller). Treated for P.t.S.
Cruel and Unusual Punishment by DR. Lad (North Kern State Prison) from October of 20
16 to January of 2016. Dr. Lad is willing to testify on my behalf, so is David Younge
and ~~David~~ Mark Easter.

✳ Closing   of   Cause   of   Action ✳

My suffering coincides with all the above, I went through before and during
trial. Proof of extreem duress. I told my trial Attorney (Stuart
O'Melveny) he said, "It's civil I'm not getting involved". He lied.

Deputies. ✳
Involved. Deputies: Brandt, Roche, Lopez, Reynolds, Teyechea, Cruiz, Jacobson, Enscoe, Vigil, Sgt. Williams &
I wrote Judge V. Stull (and S.B. Dino (clerk) stating connected issues in court before
trial and told Judge Yabuno (trial Judge) to no avail.

I attempted suicide several times to escape suffering and Abuse by
W.V.D.C., Staff. See Grievances Medical-Mental Health Records —
disciplines — Cell-moves etc. for more details. I exhausted administrative
remedies and have reason to believe I was ~~tested~~ ~~pursuit~~ tried unconstit
utionally. Many of my civil Rights were violated. I have witnesses and
evidence.

The F.B.I visited me in may of 2015, I have an open (criminal) investigation agai-
nst W.V.D.C (San Bernardino Sheriff & County). W.V.D.C is also under investigation
the F B I and A C L U for violating numerous other inmates of different nationalit-
ities in the same place (facility) ~~and~~ and in the same time frame.
for more info see website: West Valley Detention Center Inmate Abuse.

#9   Violation of: Religious Land Use Institutionalized Persons A...
     of 2000 / (RELUIPA) "on Camera"

     Grievance Investigation #1534G08166
#10  Violated Right to Trial without Cruel & Unusual Punishment

Dear Sheriff,

My name is Domonic A. Cooper, Sr. (ss#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/CDL#D1221801). My mother —
(Elsie Rose Strother -AKA-Elsie Rose Floyd) agreed to buy my car (via, my father)
through my dad (Kerry Dale Cooper) who has *power of Attorney*, in January of 2016.

My mom was storing my car since march of 2013 (when I was arrested and have —
been in jail ever since), She (my mom) moved with my car, did not disclose new address, did not
pay for car (as agreed), and can not be reached. The car (2003-chevy-malibu) was last
registered to me (when arrested) and was not sold to my knowledge (nor with my consent), and I did
not give it away as a gift. My car was last seen (by my dad-Kerry) at: Mother's last address —
14368 honeyhill, Victorville Ca. 92394, "before, She (mom) moved". "I wrote her, mail was returned to me."
"I do not remember the vent & license plate numbers but I disclosed my "ss- & ID" numbers.

Through the powers that be (san Bernardino Sheriff Dpt.) please help me recover my car,
and give it to my father, "I do wish to report my car stolen (please do what must be done through-
the DMV etc.). I wrote DMV but did not have information on car needed. I was in
West Valley Detention Center (3-3-13 to Oct-18-2015) almost 3-years and tried to resolve my
issue to no avail. I am in K.V.S. Prison now.

I have an issue involving my car, I must report that I own it to move forward on a
civil-claim (with-out pay), fee-waiver. This is holding me back and I hope this will enable
me to move forward in my dillemma. I am also expecting and anticipating a court-date very soon
in federal court and can not miss it." I MUST BE AT MY FEDERAL CIVIL-CLAIM
COURT-DATES."

"Unfortunatly" charges must be brought upon my mother, BUT, I need "my father to
attend all court-dates (concerning my stolen car)". I wish "not to "go to the possible dates
in the future "connected to my car", so contact my father. I will also send you proof of
Power of Attorney, giving my dad all rights to follow up on the recovery of my car and of
my moms arrest. Please contact my Father about my car. Thank you, Domonic A. Cooper Sr.

Sincerely,

4-25-16

Kerry D. Cooper. 4847 Vista De Oro Ave, L.A., CA. 90043



222 W. Hospitality Lane, 3rd Floor, San Bernardino, CA 92415 | Phone: 909.386.8655 Fax: 909.382.3212

*www.SBCounty.gov*

## SAN BERNARDINO COUNTY

### Department of Risk Management

Kenneth L. Hernandez
Director

December 16, 2015

Domonic Cooper  #A4-0630
North Kern State Prison D5-A-224
P.O. Box 5005
Delano, CA.  93216

**RE:**  Claimant................ Domonic Cooper
Date of Loss............August 9, 2015
Amount of Claim...... Undetermined
Our File.................121294

Notice is hereby given that the claim which you presented to the County of San Bernardino on  September 29, 2015 was rejected on December 16, 2015.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

Richard Castanon
Liability Claims Rep II
DEPARTMENT OF RISK MANAGEMENT
(909)386-8637

BSWARa

BOARD OF SUPERVISORS

ROBERT A. LOVINGOOD
Vice Chairman, First District

JANICE RUTHERFORD
Second District

JAMES RAMOS
Chairman, Third District

CURT HAGMAN
Fourth District

JOSIE GONZALES
Fifth District

GREGORY C. DEVEREAUX
Chief Executive Officer



222 W. Hospitality Lane, 3rd Floor, San Bernardino, CA 92415  |  Phone: 909.386.8655  Fax: 909.382.3212

*www.SBCounty.gov*

### SAN BERNARDINO COUNTY

| **Department of Risk Management** |

Kenneth L. Hernandez
Director

December 16, 2015

Domonic Cooper  #A4-0630
North Kern State Prison  D5-A-224
P.O. Box 5005
Delano, CA.  93216

**RE:**   Claimant................ Domonic Cooper
        Date of Loss............April 13, 2015
        Amount of Claim...... Undetermined
        Our File.................121304

Notice is hereby given that the claim which you presented to the County of San Bernardino on September 25, 2015 was rejected on December 16, 2016.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

Richard Castanon
Liability Claims Rep II
DEPARTMENT OF RISK MANAGEMENT
(909)386-8637

BSWARa

BOARD OF SUPERVISORS

ROBERT A. LOVINGOOD          JANICE RUTHERFORD        JAMES RAMOS            CURT HAGMAN          JOSIE GONZALES          GREGORY C. DEVEREAUX
Vice Chairman, First District   Second District         Chairman, Third District   Fourth District        Fifth District            Chief Executive Officer

Sex Assault

By SBdino

Sheriffs

### SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
### DETENTION AND CORRECTIONS BUREAU

*1 of 23  Sex-Assault*

☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

# INMATE GRIEVANCE INVESTIGATION

Date  __August 4, 2015__                           Grievance #  __1534G06225(2)__

Inmate's Name  __Cooper, Domonic__                 Booking #  __1303340311__

Investigation Conducted By  __C.Fisher, Lt__       Employee #  __F1099__

## SUMMARY OF COMPLAINT AND FINDINGS

**Complaint:** Cooper submitted his final appeal on this matter.  In this appeal, he mentioned allegations which have previously been investigated.

**Findings:** I reviewed all documents related to this grievance and find the disposition of FRIVOLOUS to be appropriate.

**Any additional grievances related to this same matter will be deemed abuse of the grievance system and subject Cooper to discipline.**

## ACTION TAKEN

**None**

Reviewed By  __Nu WiLLc   W0454__     Approved By  _____
                  Duty Lieutenant                        Facility Administrator

Written reply given to inmate on  __8-5-15__   At  __1347__   By  __U. ESTRADA__
                                   Date              Time          Print Name

This complaint has been discussed with me and I have been advised of the findings.

*INMATE COPY PLEASE DELIVER*

_____                          __8-5-15__
    Inmate Signature                            Date

☒ Original:  Inmate's Booking Jacket      ☒ Copy:  Inmate      ☒ Copy:  Administration

4F/4

ASU#050402
Revised: 02/2014

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
☐ INITIAL INMATE GRIEVANCE
☒ GRIEVANCE APPEAL

2 of 23  Sex-Assault

Level II   1534G06225(1)

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

Inmate's Name **Domonic A. Cooper SR.**       Booking # **1303340311**

Housing Location **11-F-4**        Date of Complaint **7-24-15**

Date of Incident **7-13-15**    Time of Incident **0400**    Location of Incident **11-F Sally port**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault. If this grievance is related to a disability check this box: ☒

Due to all my suffering (See grievance dated 6-29-15) in W.V.D.C. Not only is my sex-life ruined for ever (I can't get an erection and I have flashbacks when I whipe my buttocks). I'm now Reliving events in the past before getting sexually assaulted by deputies Teyerhea-Jacobson-Pache. Now the events from 2000-2008 (the illegal strip searches in W.D.C.), And being sexually assaulted in the streets (during traffic stops and randomly on the streets) by SB. dino sheriffs. The SB.dino Sheriffs have been violating me for most of my life, even before the classaction lawsuit (which I was paid) apart of). I want justice. SB.dino Sheriffs are continuously violating people and Mostly Hispanic officers (mexican cops) give me a hard time in W.V.D.C. On 7-13-15 Lieutenant E. Perez was out of line. I told him It was a bad time "I'm mentally ill" and take psych meds. He Refused to wait for a conducive hour for me. I want to be compensated for my punative damages W.V.D.C's Responcable for my P.t.S.d.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____       Date **7-24-15**

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**
You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.

Received By __I. ARCE__   Date **7-24-15**   Time **2115**
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original:  Inmate's Booking Jacket         Canary:  Inmate         Pink:  Administration

ASU#050401
Rev. 08/2014

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

*3 of 23 Sex-Assault*

☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

# INMATE GRIEVANCE INVESTIGATION

| | |
|---|---|
| Date  **July 13, 2015** | Grievance #  **1534G06225(1)** |
| Inmate's Name  **Cooper, Domonic** | Booking #  **1303340311** |
| Investigation Conducted By  **E. Perez, Lieutenant** | Employee #  **P1851** |

## SUMMARY OF COMPLAINT AND FINDINGS

**GRIEVANCE:** Cooper submitted a grievance appeal regarding Lt. Henry's response. Cooper alleges in his appeal that the finding of FRIVOLOUS is vague and does not address his complaint. Cooper's appeal contains the statement "New Facts," however it does not contain any new or different information from his original grievance.

**FINDINGS:** On 7/13/15, at approximately 0400 hours, I went to Housing Unit 11 to talk with Cooper during the breakfast service time period. Cooper told me he wasn't going to talk to me because of the time of day and said, "I take psych meds." I explained to Cooper that I was investigating his grievance appeal and wanted clarification on his written statements. Cooper was completely uncooperative and repeatedly interrupted me as I attempted to talk to him. He stated deputies are responsible for punitive damages because he was assaulted while housed in general population but would not discuss anything else. I made several attempts to explain to Cooper that I was trying to conduct a thorough review and investigation of his grievance to provide him with an appropriate response, but he refused to cooperate. I told Cooper that our conversation was over and directed him to return to his cell.

**DISPOSITION:** FRIVOLOUS finding is upheld. Inmate Cooper is unwilling to cooperate in any way with this investigation.

## ACTION TAKEN

**Administrative review of all related grievances, appeals and responses.**
**Attempted interview with Inmate Cooper.**

INMATE COPY PLEASE DELIVER

| | |
|---|---|
| Reviewed By  N. WILCC  W0454  *Duty Lieutenant* | Approved By  C. FISHER  *Facility Administrator* |

Written reply given to inmate on _____ At _____ By _____
Date          Time          Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____          _____
Inmate Signature                              Date

☐ Original: Inmate's Booking Jacket          ☐ Copy: Inmate          ☐ Copy: Administration   11F/4

ASU#050402
Revised: 02/2014

*PUNITIVE DAMAGES (FOR LIFE)*

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
□ INITIAL INMATE GRIEVANCE
☒ GRIEVANCE APPEAL

4 of 23. Sex Assault

Level #II    #1534G06225   "New Facts"

□ CDC
□ GHRC
□ HDDC
☒ WVDC
□ Type I
□ Work Release

Inmate's Name **Dominic A. Cooper**    Booking # **1303340311**

Housing Location **1-F-4** "hell"    Date of Complaint **6-29-15**    A.D

Date of Incident **N/A**    Time of Incident **N/A**    Location of Incident **W.V.b.C**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) *You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault.* If this grievance is related to a disability check this box: ☒

The Finding of grievance #1534G06225 is Frivolous~Vague and does not Address my complaint. I'm Afraid to go to yard too! I have Flash-backs when I Whipe myself after defecating. My SEX-Life Is Ruined For life. I'm always Afraid around Cops (especially Sheriffs) *Erection disfunction "FROM" Sex Assault !*☒ Deputy Reynolds brought this specific grievance Responce back and I pissed in my pants "literally" TODAY. This is the First time I've seen Reynolds since 6-17-13 when he & Lopez beat me up (gave me a chicken wing & injured my sholder, also slamming me against the wall.) I was Also called Nigger on 6-17-13. "These Are Hate Crimes". I Also have Flash-backs when I hear the word Nigger. These ARE "New Facts". I believe my charges motivated some— (OR All) of my suffering at the hands of W.V.b.C sheriffs.

(ATTACH ADDITIONAL PAGES IF NEEDED)    A.D

Inmate Signature _____    Date **6-29-15**

### DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY
*You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.*

Received By _____    Date **6/29/15**    Time **1808**
Employee's Name (please print)

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket    Canary: Inmate    Pink: Administration

ASU#050401
Rev. 08/2014

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU

*5 of 23 Sex-Assault*

# INMATE GRIEVANCE INVESTIGATION

☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

| | |
|---|---|
| Date **6/24/15** | Grievance # **1534G06225** |
| Inmate's Name **Cooper, Dominic** | Booking # **1303340311** |
| Investigation Conducted By **S. Henry** | Employee # **H1477** |

## SUMMARY OF COMPLAINT AND FINDINGS

**Complaint:** Inmate Cooper submitted a grievance listing several separate allegations. Cooper claims pain and discomfort from PTSD, continual civil rights violations, cruel and unusual punishment and torture.

**Findings:** FRIVOLOUS- Inmate Cooper lists incidents he has already submitted which have been thoroughly investigated. Cooper has filed appeals and has exhausted the grievance process regarding the allegations of sexual assault by Deputy Teyechea, excessive force on June 17, 2013, sexual assault during strip searches, and deprivation of medical attention. Cooper does not make any new allegations or have specific dates of new incidents. Cooper restates his opininion of his disagreement with the findings of all previous grievances.

## ACTION TAKEN

Administrative review of grievance history.

INMATE COPY PLEASE DELIVER

Reviewed By *CHRIS Fisher*
Duty Lieutenant

Approved By *[signature]* S0423
Facility Administrator

Written reply given to inmate on _____ At _____ By _____
Date                    Time              Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____          _____
Inmate Signature                                    Date

☐ Original: Inmate's Booking Jacket     ☐ Copy: Inmate     ☐ Copy: Administration

ASU#050402
Revised: 02/2014

11F-4

**\* Snowball Effect of Misconduct \***

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
### ☒ INITIAL INMATE GRIEVANCE
### ☐ GRIEVANCE APPEAL

☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release
☐ CDC

6 of 23 Sex Assault

*"I have reason to believe, the following is Retaliation due to me exercising the grievance process."*

Inmate's Name **Domonic A. Cooper Sr.** Booking # **130334031**

Housing Location **11-F-4** Date of Complaint **6-11-15 A.D.**

Date of Incident **6-11-15 A.D.** Time of Incident **N/A** Location of Incident **W.V.D.C**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault. If this grievance is related to a disability check this box: ☐

Having nightmares & flash-backs due to being "Assaulted by cell-mate in G.P. due to my charges (6-17-13). W.V.D.C. is responsable. Exce. sive Force (Assaulted by deputies & called Nigger) left shoulder injured for life, pain brings back events. I'm scared around cops (esperially white & mexican deputies). Sex-Assaulted by W.V.D.C. deputies (when wiping my rectum after passing excretory waste. * see dep. Teyechea's Face and hear his voice saying, "what's that"? (referring to my hemorrhoids). Ever since he fondled my rectum I've had erection problems. I'll never have a natural-healthy "sex-life" again, I'm mentally scarred for life (Sex-Assault by sheriff's 'on me' found inconclusive). Other deputies sex-assaulted me, but "not with my pants & underware off. Only Teyechea went that far." Deliberately put in cell-fights by staff (16+ cell-moves). Deprived medical & not given psych. meds until after guilty verdict in trial. Denied, lowbunk & lowtier crennel, extra mattress and shoe (for back & gunshot (1 hp), sweat-shirt (cold contributes to pain). Suffering makes physical & mental issues worse. Sole Reason for Grievance. Discomfort & Pain contribute to my P.T.S.D. Civil-Rights continuously violated. I need Accommodations for my injuries. This Is Crule & Unusual Punishment. TORTURE! I Feel Like A "Political" P.O.W. According to my experiance in W.V.D.C. (in sheriff's custody) I have No Rights as An American Citizen.
~NONE.!

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____ Date **6-11-15 A.D.**

---

### DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY

You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.

Received By **O. ESTRADA** Date **6-11-15** Time **1930**
Employee's Name (please print)

Grievance # _____ Date _____ Assigned to _____

Original: Inmate's Booking Jacket    Canary: Inmate    Pink: Administration

ASU#050401
Rev. 08/2014

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

*7 of 23  Sex Assault*

# INMATE GRIEVANCE INVESTIGATION

☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

---

Date **4/21/15**

Grievance # **1434G08130(3)**

Inmate's Name **Cooper, Dominic**

Booking # **1303340311**

Investigation Conducted By **S. Henry**

Employee # **H1477**

## SUMMARY OF COMPLAINT AND FINDINGS

**Complaint: Inmate Cooper has submitted his third appeal for the grievance he filed on August 14, 2014.**

**Findings: Inmate Cooper has exhausted the grievance process for this matter. No further appeals will be investigated. Cooper's complaints were thoroughly investigated by the Sheriff's Internal Affairs Division. His allegation about being sexually assaulted was found to be inconclusive. His allegation about being searched without a warrant or probable cause was unfounded. He was provided with the final determination of each allegation, as required by California law, which included the definition of the terms inconclusive and unfounded. Due to legal restrictions, the Department is restricted from disclosing specific details of personnel investigations.**

## ACTION TAKEN

**Administrative review of grievance.**

Reviewed By _N. White · W0454_ Duty Lieutenant

Approved By _____ Facility Administrator

Written reply given to inmate on _____ At _____ By _____
Date       Time       Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____ Inmate Signature

_____ Date

*INMATE COPY PLEASE DELIVER*

☐ Original: Inmate's Booking Jacket     ☐ Copy: Inmate     ☐ Copy: Administration

ASU#050402
Revised: 02/2014

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
☐ INITIAL INMATE GRIEVANCE
☒ GRIEVANCE APPEAL  Level #3

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

8 of 23   Sex Assault

1434G08130(2)

Inmate's Name **Domonic A. Cooper Sr.**   Booking # **1303340311**

Housing Location **11-F-4**   Date of Complaint **4-15-15**

Date of Incident **2013**   Time of Incident **N/A**   Location of Incident **Unit 11-Gtank**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) *You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault. If this grievance is related to a disability check this box:* ☐

This Appeal is "only" about sexual assault (found inconclusive), Not for being illegally searched. My civil and constitutional rights were violated several times by dep. Teyechea. My life will never be the same. In responce to D. Gould ("cooper hasn't provided new evidence), NEW EVIDENCE, I've been diagnosed with p.t.s.D. because I have been Reliving the incident and suffering (a w.v.D.C mental health doctor diagnosed me"). I wake up in cold sweats, have night mares, flashbacks and daydreams about dep. Teyechea playing with my hemorroids. Witness: David Younger #1312340091, was also sexually assaulted by him and more than "20" other fellow inmates have also. "NO" Mr. Younger didn't see me being assaulted "but it happened to him in the same time Frame. (I want him (Teyechea) Prosecuted, I want to press charges, I have the right to due process. It's up to a jury to decide. Not W.V.D.C staff.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____   Date **4-15-15**

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**
*You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.*

Received By **CERVANTES**   Date **4/15/15**   Time **1446 HRS**
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket   Canary: Inmate   Pink: Administration

ASU#050401
Rev. 08/2014



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

*9 of 23 Sex Assault*

# INMATE GRIEVANCE INVESTIGATION

- [ ] GHRC
- [ ] HDDC
- [x] WVDC
- [ ] Type I
- [ ] Work Release

Date  **040315**

Grievance #  **1434G08130(2)**

Inmate's Name  **Cooper, Dominic**

Booking #  **1303340311**

Investigation Conducted By  **D. Gould**

Employee #  **B3192**

## SUMMARY OF COMPLAINT AND FINDINGS

**Cooper wishes to appeal the grievance appeal response he received from Lt Henry on March 31, 2015.**

**Findings: The Department has conducted a personnel investigation into Cooper's allegation that he was sexually assaulted and deemed the results inconclusive. The term inconclusive is defined as "the investigation established insufficient evidence to prove or disprove misconduct."**

**The Department also conducted a personnel investigation into Cooper's allegation that he was searched without warrant or probable cause and deemed this claim to be unfounded. The term unfounded is defined as "the investigation clearly established the allegation is not true."**

**Cooper was provided with the results of the Department's investigation, but the Department is restricted by law from disclosing specific details of personnel investigations to the public. Cooper has not provided any new evidence in support of his appeal. Cooper's grievance was answered appropriately and I concur with the findings.**

## ACTION TAKEN

**Administrative review of grievance.**

Reviewed By _____  W0454
Duty Lieutenant

Approved By _____ (CA)
Facility Administrator

Written reply given to inmate on _____ At _____ By _____

Date     Time     Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____     _____
Inmate Signature     Date

- [ ] Original: Inmate's Booking Jacket
- [ ] Copy: Inmate
- [ ] Copy: Administration

ASU#050402
Revised: 02/2014



☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

*10 of 23 Sex Assault*

# INMATE GRIEVANCE INVESTIGATION

Date __3/31/15__    Grievance # __1434G08130(1)__

Inmate's Name   **Cooper, Dominic**    Booking # __1303340311__

Investigation Conducted By   **S. Henry**    Employee #  __H1477__

### SUMMARY OF COMPLAINT AND FINDINGS

**Complaint:** Inmate Cooper has submitted an appeal demanding justice for the grievance he filed on August 14, 2014.

**Findings:** Inmate Cooper's complaints were thoroughly investigated by the Sheriff's Internal Affairs Division. His allegation about being sexually assaulted was found to be inconclusive. His allegation about being searched without a warrant or probable cause was unfounded. He was provided with the final determination of each allegation, as required by California law, which included the definition of the terms inconclusive and unfounded. Due to legal restrictions, the Department is restricted from disclosing specific details of personnel investigations. Cooper has not provided any new evidence in support of his appeal. Cooper's grievance was answered appropriately and I concur with the findings.

### ACTION TAKEN

Administrative review of grievance.

Reviewed By _____    Approved By _____
            Duty Lieutenant                                Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                                    Date              Time         Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____            _____
    Inmate Signature                          Date

☐ Original:  Inmate's Booking Jacket    ☐ Copy:  Inmate    ☐ Copy:  Administration

INMATE COPY PLEASE DELIVER

ASU#050402
Revised: 02/2014

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
### ☐ INITIAL INMATE GRIEVANCE
### ☒ GRIEVANCE APPEAL

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

**Level #2**    11 of 23 Sex Assault

Inmate's Name **Domonic A. Cooper**    Booking # **1303340311**

Housing Location **11-F-4**    Date of Complaint **3-31-15**

Date of Incident **2013**    Time of Incident **N/A**    Location of Incident **Unit #11**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault. If this grievance is related to a disability check this box: ☐

I'm having nightmares - Flashbacks and was diagnosed with P.T.S.D due to my suffering at the hands of several deputies (Teyechea-Roach). Due to being sexually assaulted by the above officers, I'm taking psych meds. And will suffer for the Rest of my life. Though the medication helps me function ("more easily") day to day the mental scars will never heal. My suffering (Mental & punitive damage) is a proven Fact! Never. I want these criminals prosicuted. I demand justice to the fullest extent and It's up to a jury to decide Not officer Henry or internal affairs.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____    Date **3-31-15**

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**
*You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.*

Received By **T. JOHNSON**    Date **3-31-15**    Time **1243**
Employee's Name (please print)

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket    Canary: Inmate    Pink: Administration

ASU#050401
Rev. 08/2014

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION AND CORRECTIONS BUREAU**
*12 of 23 Sex Assault*
**INMATE GRIEVANCE EXTENSION**

☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I Jail

---

> ***Your grievance will require additional time to review and/or investigate.  This is to advise you of that delay, and to give you a tentative completion date.***

Name _____**COOPER**_____   _____**DOMONIC**_____   _____
　　　　　　　　　　Last　　　　　　　　　　　　First　　　　　　　　　　　　Middle

Booking Number _____**1303340311**_____   Housing Location ___**11F4**___

Grievance # _____**1434G08130**_____   Estimated Completion Date ___**3/31/15**___

Comments _____**ADDITIONAL INVESTIGATION TIME REQUIRED**_____

Sgt/Lt Authorizing Extension _____   Employee # _____

Notification made by (Deputy's name) __*PETERSON*__   Employee # *E3370*

Inmate's Signature _____   Date of Notification *2-27-15*

Routing:　☐ Completed original attached to original Inmate Grievance　　☐ Copy to Inmate　　☐ Administration

ASU#001001
Rev.02/2014

INMATE COPY PLEASE DELIVER

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION AND CORRECTIONS BUREAU**

☐ **INITIAL INMATE GRIEVANCE**
☒ **GRIEVANCE APPEAL**

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

Level III   13 of 23 sex Assault

Inmate's Name **Domonic A. Cooper**   Booking # **1303340311**

Housing Location **11-F-4**   Date of Complaint **3-26-15**

Date of Incident **2013**   Time of Incident **N/A**   Location of Incident **Unit 11**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) *You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault.* If this grievance is related to a disability check this box: ☐

I was sexually Assaulted by dep. Teyechea and dep. Roach in 2013. I want justice.

According to the U.S. constitution, my testimony is enough to convict in the court of law. ( over 20 (to 30) other inmates in unit 11 (during the same time period) were violated in the same way as I was. I've been diagnosed with p.t.s.d due to my suffering at the hands of the above officers (and also other events) in W.V.D.C.

I want These two criminals punished (Teyechea & Roach). # 1434G08130

According to investigation it wasn't proved or disproved by Internal Affairs

These men must be convicted!

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____   Date **3-26-15**

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**
*You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.*

Received By _____   Date _____   Time _____
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket   Canary: Inmate   Pink: Administration

ASU#050401
Rev. 08/2014

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

*14 of 23 sex Assault*

## INMATE GRIEVANCE INVESTIGATION

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

Date  **March 18, 2015**                          Grievance #  **1434G08130 / 1434G09272 ( 4 )**

Inmate's Name  **Domonic A. Cooper**                          Booking #  **1303340311**

Investigation Conducted By  **J. Allison**                          Employee #  **C7139**

### SUMMARY OF COMPLAINT AND FINDINGS

**Summary:**

**Cooper submitted a grievance related to his previous grievances. Cooper indicated he was ready to testify and requested to know scheduled court dates. Cooper's previous grievances were in references to his allegations of deputy misconduct including sexual assault. He named deputies Teyechea, Roach, and Jacobson.**

**Findings:**

**After talking to Cooper, I learned he previously submitted grievances regarding these issues and he only wanted an update. I reviewed Cooper's previous grievance history and found his previous grievance is still under investigation. I was advised a response to Cooper's previous grievance will be drafted and provided to him at the conclusion of the investigation. The previous grievance has an extension authorization until March 31, 2015.**

**Disposition:**

**Frivolous, Cooper has submitted numerous grievances reporting the same allegations. Those allegations are being investigated and when completed the results will be provided to Cooper.**

### ACTION TAKEN

**Actions:**

**Cooper was advised of the findings of this grievance. Cooper was also advised to complete an inmate request slip if he wants information on his previous grievances.**

Reviewed By _____          Approved By _____
            Duty Lieutenant                                    Facility Administrator

Written reply given to inmate on  **3·25·15**  At  **1100**  By  **A ROSA**
                                   Date              Time            Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                          _____
     Inmate Signature                                    Date

☐ Original:  Inmate's Booking Jacket          ☐ Copy:  Inmate          ☐ Copy: Administration

INMATE COPY PLEASE DELIVER

ASU#050402
Revised: 02/2014

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
### ☐ INITIAL INMATE GRIEVANCE
### ☑ GRIEVANCE APPEAL

☐ CDC
☐ GHRC
☐ HDDC
☑ WVDC
☐ Type I
☐ Work Release

Level #3   15 of 23 Sex Assault

Inmate's Name: Domonic A. Cooper   Booking #: 130334031

Housing Location: 11-F-4   Date of Complaint: 3-15-15

Date of Incident: June 2013 to Sep. 2014   Time of Incident: N/A   Location of Incident: Unit 11

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) *You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault.* If this grievance is related to a disability check this box: ☐

I was sexually assaulted several times by dep. Tayachea 2013 - between Aug. & November. He pulled his pzeff out and made me show dep. CA juiz my Homesexuals over! He played with my Rectum whole (some times through my cloths) and also (while having me spread my cheeks. J Dep. Roach also touched my Rectum whole) while searching me in 2013 (after june) and before New years 2014. J I want justice. I'm always afraid around deputies. I was also sexually assaulted by dep. Jacobson Sep. 2014 and exhausted my greivances. I want to press charges. I'm (still having Flash Backs And waking up in cold sweats (Nightmares). I want them convicted! All 3 Deputies should be in jail! I'm still suffering! I'm Ready to testify, When does trial start?

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature: _____   Date: 3-15-15

### DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY
*You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.*

Received By: _____   Date: 3/15/__   Time: _____
Employee's Name (please print)

Grievance #: _____   Date: _____   Assigned to: _____

Original: Inmate's Booking Jacket   Canary: Inmate   Pink: Administration

ASU#050401
Rev. 08/2014



☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

16 of 23 Sex Assault

# INMATE GRIEVANCE INVESTIGATION

Date **December 28, 2014**                    Grievance # **143409272(3)**

Inmate's Name **Domonic Cooper**                    Booking # **1303340311**

Investigation Conducted By **Lt. N. Wilterding**                    Employee # **W0454**

## SUMMARY OF COMPLAINT AND FINDINGS

**GRIEVANCE APPEAL:** Inmate Cooper has filed a third grievance appeal after being warned the second appeal he submitted was his last available appeal and further appeals could result in administrative discipline.

**FINDINGS:** Inmate Cooper has exhausted the grievance process. Any further appeals submitted will go unanswered and will result in administrative discipline for abusing the grievance process.

**DISPOSITION: Unfounded**

## ACTION TAKEN

Administrative Review

INMATE COPY PLEASE DELIVER

Reviewed By _____                    Approved By _____
            Duty Lieutenant                                         Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                                  Date              Time            Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                    _____
     Inmate Signature                              Date

☐ Original: Inmate's Booking Jacket        ☐ Copy: Inmate        ☐ Copy: Administration

ASU#050402
Revised: 02/2014

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION AND CORRECTIONS BUREAU**
☐ **INITIAL INMATE GRIEVANCE**
☒ **GRIEVANCE APPEAL**

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

17 of 23 Sex Assault
Level #III

| | |
|---|---|
| Inmate's Name Dominic Cooper | Booking # 1302340311 |
| Housing Location 11-E8 | Date of Complaint 12-8-14 |
| Date of Incident Sep. 2014 | Time of Incident N/A  Location of Incident Sally Port Unit #11 |

EXPLAIN YOUR COMPLAINT...

I've been threatened to be punished by Sgt. Williams If I exercise my Civil & Constitutional Rights to seek justice through a 3rd level grievance. I want Justice, I want to press charges. Jacobson Sodomized me in September 2014. Deputy Jacobson should be punished for sexually assaulting me. I have also written outside Law enforcement And notified Them I'm being threatened, Not to Exaust My Administrative Rimidies.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____  Date 12-8-14

DO NOT WRITE BELOW THIS LINE...

Received By S. Holloway  Date 12/10/14  Time 0354 Hrs
Employee's Name (please print)

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket        Canary: Inmate        Pink: Administration

ASU#050401
Rev. 08/2014



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
### ☐ INITIAL INMATE GRIEVANCE
### ☒ GRIEVANCE APPEAL

Level #II   18 of 23 Sex Assault

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

Inmate's Name __Damoniz Cooper__        Booking # __130334031__

Housing Location __11F -10__

Date of Complaint __11-18-14__

Date of Incident __September 2014__   Time of Incident __N/A__   Location of Incident __11-Sally port__

I was Sodomized by dep. Jacobson (his finger(s) penetrated my rectum
during a search in September 2014)!
I was treated by a nurse but I'm still having flashbacks and
nightmares of being sexually assaulted
I will never have a healthy sex life
My life will never be the same!
I'm still waiting to see a psych for my mental state.
I want Justice!
P.S. W.V.D.C Refuse to install cameras because they
(you) practice Excessive-force, misconduct, Sexual Assault
Illegal Search (cavity checks without probable cause and
(OR) Search warrent's! I was awarded for the first class-
action for strip search and this is
worse!

### (ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____        Date __11-18-14__

Received By __BOOKING__        Date __11/18/14__   Time __717__
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket        Canary: Inmate        Pink: Administration

ASU#050401
Rev. 08/2014

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
☐ INITIAL INMATE GRIEVANCE
☒ GRIEVANCE APPEAL

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

19 of 23 Sex Assault

Inmate's Name **Domonil Cooper**          Booking # **1303340311**

Housing Location **11C-15**          Date of Complaint **10-15-14**

Date of Incident **9-18-14**   Time of Incident **N/A** *"AM"*   Location of Incident **Sally Port # 11**

EXPLAIN YOUR GRIEVANCE...

On 9-18-14 - Dep. Jacobson penetrated my rectum during his search befor court.

His finger(s) went inside my rectum and caused pain and swelling to my hemorrhoids, see doctor report.

This is not the First time I've been violated, this is Sodomy! I felt sexually Assaulted.

"Yes it is possible to do so, with cloths on".

P.S. W.V.D.C. don't have video cameras because they practice Misconduct and Excessive-force!

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _[signature]_          Date **10-15-14**

DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY
*You have 30 days from the date of the incident to complete and DELIVER this grievance document and return it to the inmate.*

Received By **B. LIDDICOTE   U3527**          Date **10-15-14**   Time **2936 HRS**
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket          Canary: Inmate          Pink: Administration

ASU#050401
Rev. 08/2014



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

*20 of 23 sex Assault*

## INMATE GRIEVANCE INVESTIGATION

☐ ADC
☐ CDC
☐ GHRC
☒ WVDC
☐ Type I Jail

---

Date **10-09-14**                                   Grievance # **1434G09272**

Inmate's Name **Cooper, Domonic**                   Booking # **1303340311**

Investigation Conducted By **Sgt. S. Williams**     Employee # **W1720**

### SUMMARY OF COMPLAINT AND FINDINGS

**COMPLAINT**

**On 091814, Deputy Jacobson searched Inmate Cooper prior to him going to court.  Cooper alleges during the search Jacobson used a finger and penetrated his anus through his clothing and caused swelling and pain to Cooper's hemorrhoids.**

**FINDINGS**

**UNFOUNDED:**

**Deputy Jacobson used proper search techniques when he searched Cooper. The findings are unfounded and staff actions were in accordance with department and facility policy.**

*INMATE COPY PLEASE DELIVER*

### ACTION TAKEN

**An investigation regarding search techniques used during this incident was conducted, including interviews with Inmate Cooper and Sheriff Department staff, which were present at the time of the incident.**

**Cooper is not entitled to the details of the investigation, but he shall be advised his claims were unfounded.**

---

Reviewed By _~~R. Markegard~~_                      Approved By _____
                  Duty Lieutenant                                    Facility Administrator

Written reply given to inmate on _____  At _____  By _____
                                      Date              Time              Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                             _____
      Inmate Signature                                      Date

☒ Original:  Inmate's Booking Jacket     ☐ Copy:  Inmate          ☐ Copy:  Administration

ASU#050402
Revised: 06.30.2005

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

21 of 23 Sex Assault

☒ **INITIAL INMATE GRIEVANCE**

☐ **GRIEVANCE APPEAL**

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I Jail

Inmate's Name **Domonic A. Cooper**

Booking # **130334031**

Housing Location **11C-15**

Date of Complaint **9-22-14**

Date of Incident **9-18-14**   Time of Incident **Approx. 5:00 hrs.**   Location of Incident **11-Sally port**

**EXPLAIN YOUR COMPLAINT** (Include dates, times and names of persons involved.) You have 10 days from the date that the incident occurred to submit your grievance. You do not have a time limit if the grievance involves a sexual assault. If this grievance is related to a disability check this box ☐

On thursday 9-18-14 when deputy Jacobson searched me (befor court) he put his hand between my buttocks cheeks and I felt penetration which caused pain and swelling to my hemorrhoids. This is very Embarrassing as a matter of fact but I must report this misconduct. I've been violated in a similar fashion "several" times at W.V.D.C. (by deputies). It is my understanding (due to past complaints I've made) that I don't have the right to press charges and or it is impossible. I am currently trying to get the address and phone number to the local F.B.I. and I am yet to inform them of numerous issues of misconduct and malpractice. It is my understanding that the nurse will inform a sergeant of the abuse.
Thank you. P.S. I Want answers on all levels (I II III).

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _[signature]_

Date **9-22-14**

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

You have 10 days from the date indicated below to complete the grievance investigation and return it to the inmate.

Received By _[signature]_
Employee's Name (please print)

Date **9-23-14**   Time **21:25**

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket        Copy: Inmate        Copy: Administration

ASU#050401
Rev. 02/2014

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
### ☒ INITIAL INMATE GRIEVANCE
### ☐ GRIEVANCE APPEAL

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

22 of 23 Sex Assault

Inmate's Name **Domonic Cooper**

Booking # **1303340311**

Housing Location **11C-15**

Date of Complaint **9-15-14**

august 2013

Date of Incident **9-15-14**  Time of Incident **N/A**  Location of Incident **Unit 11-G**

EXPLAIN YOUR GRIEVANCE

Due to being Sexually assaulted by dep. Teahcheah I am al-
ways scared and nervous around deputies, I have reason to
believe I'm suffering from p.t.s.d.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____  Date **9-15-14**

YOU HAVE 10 DAYS TO COMPLETE THIS FORM. STAFF USE ONLY

Received By **E GADILLO**
Employee's Name (please print)

Date **9/15/14**  Time **1741**

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket     Canary: Inmate     Pink: Administration

ASU#050401
Rev. 08/2014

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

23 of 23 Sex Assault

☒ **INITIAL INMATE GRIEVANCE**

☐ **GRIEVANCE APPEAL**

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I Jail

Inmate's Name **Domonic Cooper**     Booking # **1303340311**

Housing Location **11C-15**     Date of Complaint **8-11-14**

Date of Incident **Between 6-17-13 to January 2014**    Time of Incident **N/A**    Location of Incident **W.V.DC. unit 11-G**

EXPLAIN YOUR COMPLAINT (include dates, times and location of incident) You have 7 days from the date the incident occurred to submit your grievance. You have 15 days from the date of a serious incident, including the alleged account used to report a sexual assault. If this grievance is related to a disability check this box ☐

The deputies at W.V.D.C (Teahcheah and Roach) have done un-authorized searches between my buttox cheeks numerous time going to and "mostly" from court between 6-17-13 until approx. January 2014". Deputy Teahcheah (who has been fired) put his hand in-side my underware once between the months of september and october of 2014! I have talked to a civil lawyer who inform-ed me to keep and or start putting in grievances and exaust all remedies at W.V.D.C due to the fact that she is Not excepting any more cases! I wish to exercise my right to due process and pres "criminal charges".

P.S. I wish not to go into detail until I get answers,
I was illegally searched without a warrent nor probable cause and sodimized! I demand answers on all levels.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____     Date **8-14-14**

**DO NOT WRITE BELOW THIS LINE — STAFF USE ONLY**
You have 10 days from the date indicated below to complete the grievance process or this grievance will be considered invalid.

Received By **J. BALLARD**    Date **8-14-14**    Time **2-05**
_Employee's Name (please print)_

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket     Copy: Inmate     Copy: Administration

ASU#050401
Rev. 02/2014

EXCESSIVE

FORCE





| | ☐ CDC |
|---|---|
| | ☐ GHRC |
| | ☐ HDDC |
| | ☒ WVDC |
| | ☐ Type I |
| | ☐ Work Release |

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

*1 of 6 Ex-Force*

# INMATE GRIEVANCE INVESTIGATION

Date **9/5/14**                              Grievance # **1434G08131(2)**

Inmate's Name **Domonic Cooper**                    Booking # **1303340311**

Investigation Conducted By **D. Cox, Lieutenant**            Employee # **C2315**

### SUMMARY OF COMPLAINT AND FINDINGS

**COMPLAINT:** Inmate Cooper is appealing the disposition on his grievance. This is his second appeal on this matter. Cooper still felt his rights were violated and wanted to press charges.

**FINDINGS:** The findings from his previous appeal were discussed with Cooper and he was informed the previous dispositions are appropriate and final. A criminal report was taken for the original battery where Cooper sustained his injury. No criminal report will be generated in order for Cooper to "press charges" against deputies because no crime was committed. His complaint regarding his mail is well past the deadline of 10 days for filing an appeal. He was reminded the sodomy allegation is still under investigation and has ben granted an extension until September 30, 2014.

**ADMINISTRATIVE DISPOSITION:** The previous dispositions are appropriate. Cooper was informed this exhausts his appeal process for these issues and further appeals will be considered an abuse of the grievance system and could lead to discipline.

### ACTION TAKEN

**ACTION TAKEN:** Reviewed prior grievances and responces. Spoke with inmate Cooper.

## INMATE COPY PLEASE DELIVER

Reviewed By _____          Approved By _____
                    Duty Lieutenant                            Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                                    Date            Time            Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                    _____
        Inmate Signature                                    Date

☐ Original: Inmate's Booking Jacket        ☐ Copy: Inmate        ☐ Copy: Administration

ASU#050402
Revised: 02/2014



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

2 of 6  Ex-force

## INMATE GRIEVANCE INVESTIGATION

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

Date __August 18, 2014__    Grievance # __1334G06096__

Inmate's Name __Domonic Cooper__    Booking # __1303340311__

Investigation Conducted By __S. Henry__    Employee # __H1477__

### SUMMARY OF COMPLAINT AND FINDINGS

**See attachment**

### ACTION TAKEN

**Reviewed investigation completed by Lt. O'Connell**
**Cross-referenced sodomy allegation to grievance dated 8/14/14, with extension to September 30, 2014.**

INMATE COPY PLEASE DELIVER

Reviewed By _R. Markegard_    Approved By _Marisol Selby_
            Duty Lieutenant                        Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                                    Date              Time            Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____    _____
    Inmate Signature              Date

☐ Original: Inmate's Booking Jacket    ☐ Copy: Inmate    ☐ Copy: Administration

ASU#050402
Revised: 02/2014

3 of 6 Ex-Force

Greivance Appeal-Cooper #1303340311

#1334G06096

## COMPLAINT:

Cooper is submitting his second appeal of Lieutenant O'Connell's findings of the initial grievance appeal Cooper received July 8, 2013. He alleges 1) he was threatened on the Grievance Investigation and has added two unrelated allegations that he was 2) sodomized by a deputy in October 2013 and 3) his legal mail was illegally opened in September of 2013. In his initial grievance, Cooper repeats the allegation he was 4) assaulted by Deputy Lopez and an unnamed deputy on June 17, 2013, and denied medical attention for injuries he sustained.

## FINDINGS:

Allegation 1): Unfounded-In the Grievance Appeal dated June 26, 2013, Lt. O'Connell informed Cooper that further false reports could lead to disciplinary action. This is not a threat, but a reminder of the consequences of an abuse of the grievance system. The timeframe for this appeal has been exhuasted.

Allegation 2): Pending investigation- The allegation of being sodomized is being investigated under Grievance #1434G08130. An extension has been issued until September 30, 2014, to provide ample time for a complete investigation.

Allegation 3): Not investigated- This incident ocurred in September of 2013, well past the deadline of 10 days for filing. This allegation will not be investigated.

Allegation 4): Frivolous-Cooper was involved in an altercation with another inmate, not Deputy Lopez on June 17, 2013. This allegation was investigated by Lt. O'Connell and found to be frivolous.

INMATE COPY PLEASE DELIVER

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
Detention and Corrections Bureau

4 of 6 Ex-Force

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I Jail

☐ **INITIAL INMATE GRIEVANCE**
☒ **GRIEVANCE APPEAL**

Inmate's Name **Domunic Cooper**        Booking # **1303340311**

Housing Location **11C-15**

Date of Complaint **6-17-13 through 8-10-14**
unit J

Date of Incident **6-17-13**        Time of Incident **N/A**        Location of Incident **6-Gtouk**

EXPLAIN YOUR COMPLAINT:

After being threatened on Greivance Investigation *1334900-90* Inc
and being sexually assaulted by dep. Teahcheak Aproximatly in
october of 2013, I was in fear of my life and safety but
After talking to A civil lawyer and being informed that W.V.D.C
is under investigation by the F.B.I I would like to "RE-"
Informe you that I "still" wish to press criminal charges
against dep. Lopez (OR# 41300007) for Assaulting me on 6-17-13
he busted my nose And injured my left shoulder by
pulling it up behind my back and slamming my face against the
wall. I was deprived medical Attention for over 2 months
After the incident! I Also would like to press criminal charges
against dep. Teahcheak (former employee) he sodomized me october 2013.
why Am I being deprived My due process right to press charges. I'm American!
I would also like to press charges due to my legal mail being illegally opened in september of 2013!

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____        Date **8-10-14**

DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY

Received By **M. SCHLEGEL**        Date **05/10/14**        Time **7:33**
Employee's Name (please print)

Grievance # _____        Date _____        Assigned to _____

Original: Inmate's Booking Jacket        Copy: Inmate        Copy: Administration

ASU#050401
Rev. 02/2014

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU

*5 of 6 Ex-Force*

## INMATE GRIEVANCE INVESTIGATION

☐ ADC
☐ CDC
☐ GHRC
☒ WVDC
☐ Type I Jail

Date **June 26, 2013**

Grievance # **1334G06096**

Inmate's Name **Domonic Cooper**

Booking # **1303340311**

Investigation Conducted By **R. Hall**

Employee # **H0195**

### SUMMARY OF COMPLAINT AND FINDINGS

**COMPLAINT:**
Cooper is alleging on 6-17-13, while being questioned by Deputy Lopez and another white deputy they pulled his arms behind his back and slammed him against the wall.  He further alleges they broke his nose and when he told them he thought his arm was broken they yelled racial slurs at him and denied him medical attention.

**FINDINGS:**
On 6-17-13, Cooper was involved in a mutual combat altercation with his cellmate, Detreon Montgomery.  This investigation was completed by Deputy Lopez and Cooper advised Lopez his bloody nose was as a result of the fight.  At no time was there a use of force involving Cooper and Deputy Lopez and the deputies deny calling him any racial slurs.  According to the report prepared by Deputy Lopez, (DR # 341300667) Cooper denied any medical attention.

### ACTION TAKEN

I find this grievance to be frivolous, with the sole purpose of harassing the employees.  I would caution Cooper that further false reports could lead to disciplinary action.

Reviewed By ___Tim O'Connor___
Duty Lieutenant

Approved By _____
Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                                    Date          Time          Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____
Inmate Signature

_____
Date

☒ Original: Inmate's Booking Jacket      ☐ Copy: Inmate

INMATE COPY PLEASE DELIVER

☐ Copy: Administration

ASU#050402
Revised: 06.30.2005

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
### Detention and Corrections Bureau
**6 of 6 Ex-Force**

☑ **INITIAL INMATE GRIEVANCE**

☐ **GRIEVANCE APPEAL**

☐ ADC
☐ CDC
☐ GHRC
☑ WVDC
☐ Type I Jail

*Hention Luitenote or Serdeant Captin*

Inmate's Name **Domonic Cooper**     Booking # **130334031**

Housing Location **11 D11**     Date of Complaint **6-22-13**

Date of Incident **6-17-13**   Time of Incident **1035 hours**   Location of Incident **6-9 rm**

officer Lopez and his Supporting officer (white male) were complaining about Some missing itims that my cellee had and After i Responded that I did not have them they were Pulling my arms up behind my back with alot of force and slamed me against the wall in the cell and busted my nose during the incident I felt my left sholder pop and I said I think my arm is broken Lopez Replied fuck yo arm bitch ass Nigger The white cop stated "So you wanna pimp little girls ha", I continued to yell and they Refused to let me Recive medical Attention and Lopez said he would break the other one if I snitch! This all took place after I was Attacked by my cellee in my cell I pushed montgomery out of the cell so the police could stop him, I defended myself I want to press charges on Lopez And his fellow officer (white cop)

Inmate Signature _____   Date **6-22-13**

Received By **T. Morris**   Date **6/22/13**   Time **1435**
Employee's Name (please print)

Grievance # _____ Date _____ Assigned to _____

*Signed by deputy MORRIS on 6-22-13 (check spelling)*

Original: Inmate's Booking Jacket     Copy: Inmate     Copy: Administration

ASU#050401
Revised 06.30.2005



UNSAFE ENVIRONMENT & Negligence



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

*I of II  Unsafe*

# INMATE GRIEVANCE INVESTIGATION

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

Date __January 10, 2015__

Grievance # __1434G11164(2)__

Inmate's Name __Domonic Cooper__

Booking # __1303340311__

Investigation Conducted By __N. Wilterding, Lieutenant__

Employee # __W0454__

## SUMMARY OF COMPLAINT AND FINDINGS

**COMPLAINT:** This is Inmate Cooper's second and final appeal on this matter. Cooper posed several hypothetical questions and expressed his desire Deputy Brandt and SCS. Sibley be punished.

**FINDINGS:** After reviewing all received grievances and findings to date, there is no additional information to indicate Lt. Schilling's last finding of "Inconclusive" should be changed.

**DISPOSITION:** Lt. Schilling's disposition on Inmate Cooper's first appeal is appropriate. The disposition of this final appeal remains INCONCLUSIVE. All appeals on this matter have been exhausted. Any further appeals will be considered an abuse of the grievance system, will not be answered and would subject Inmate Cooper to disciplinary action.

## ACTION TAKEN

**Administrative Review**

INMATE COPY PLEASE DELIVER

Reviewed By _____
Duty Lieutenant

Approved By __Chris Fisher__
Facility Administrator

Written reply given to inmate on __1-15-15__ At __1057__ By __Peterson__
Date                Time                Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____
Inmate Signature

_____
Date

☐ Original: Inmate's Booking Jacket      ☐ Copy: Inmate      ☐ Copy: Administration

ASU#050402
Revised: 02/2014

2 of H Unsafe

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

# INMATE GRIEVANCE INVESTIGATION

Date **01/04/2015**                                      Grievance # **1434G10171**

Inmate's Name   **Cooper, Dominic**                          Booking # **1303340311**

Investigation Conducted By   **Lt. Loup**                      Employee # **L1334**

## SUMMARY OF COMPLAINT AND FINDINGS

**FINAL APPEAL-**Cooper claims he submitted numerous requests to be moved from his cell to several deputies but he was not moved.  He claims deputies have a policy that requires inmates to fight before a cell change can be made.  Cooper claims he complained about the issues he was having with his cellmate for 3 weeks until he was finally assaulted by his cellmate. He claims his cellmate carried out the threat and this is proof he could have been killed.

**FINDINGS-**
Cooper's complaint is UNFOUNDED and claims against staff misconduct are "EXHONERATED".  I read the investigative findings provided by Cpl. Castillo and Sgt. Moreno and agree with their dispositions/findings.  Inmates are required to follow facility rules and regulations which include no fighting.  Additionally, there was not any proof that Jones (cellmate) is a security threat group member and no attempts on Cooper's life can be substantiated.  He was the victim of a battery in the incident he described and there is no evidence of staff misconduct.  During an interview of Cooper by Classification Supervisors, it appears Cooper (Per his statements) may have an issue getting along with other inmates.  This complaint is closed.

## ACTION TAKEN

The prison gang claims were fully investigated.  The inmates housing, classification, inmate status and recent case law were all reviewed.  Cpl. Castillo and Sgt. Moreno grievance investigations were reviewed.

INMATE COPY PLEASE DELIVER

Reviewed By _____ S6473          Approved By _____
              Duty Lieutenant                              Facility Administrator

Written reply given to inmate on __1-15-15__ At __1058__ By __PETERSON__
                                      Date        Time        Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____          _____
        Inmate Signature                              Date

☐ Original:  Inmate's Booking Jacket       ☐ Copy:  Inmate       ☐ Copy:  Administration

ASU#050402
Revised: 02/2014



Unsafe Environment

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ ADC
☐ CDC
☐ GHRC
☒ WVDC
☐ Type I Jail

3 of 11 unsafe

# INMATE GRIEVANCE INVESTIGATION

Date **11/27/14**

Grievance # **1434G11164**

Inmate's Name **Cooper, Domonic Antonio**

Booking # **1303340311**

Investigation Conducted By **Sergeant P. Jacome**

Employee # **J1300**

## SUMMARY OF COMPLAINT AND FINDINGS

**COMPLAINT:** On November 3, 2014, Cooper submitted a grievance. Cooper alleges the W.V.D.C. staff placed his life in jeopardy by allowing inmate Thompson, Kevion (Bk# 1405370885) to fight with Cooper. Additionally Cooper alleges that Deputy C. Brandt and SCS Sibley set up Cooper to fight with inmate Thompson for entertainment purposes.

**FINDINGS:** Cooper and Thompson were classified and housed in the same cell in unit 11. Thomas threatened Cooper's life and Cooper requested to be moved but was not moved until Cooper and Thompson fought. Cooper told me that he was attacked by Thompson because, Cooper previously fought with Thompson's gang affiliate, and Thompson retaliated against Cooper. Cooper and Thomson are no longer housed in the same segment and Cooper told me he feels comfortable and safe where he is currently housed.

**ADMINISTRATIVE DISPOSITION:** There is no evidence to prove that the W.V.D.C. staff including Deputy Brandt and SCS Sibley acted unprofessionally or intentionally placed Cooper's life in jeopardy. All allegations of misconduct are investigated as such any specifics are confidential under law and are not disclosed. Your allegations are unfounded.

## ACTION TAKEN

I spoke with inmates Cooper, Domonic / Thompson, Kevion / Younger, David (Bk# 1312340991) I spoke with the staff assigned to unit 11. Each staff member was instructed to act according to the facility policies and procedures. The staff was also instructed to thoroughly investigate each request to be re-housed due to threats or bodily harm.

**INMATE COPY PLEASE DELIVER**

Reviewed By _____
Duty Lieutenant

Approved By _____
Facility Administrator

Written reply given to inmate on **12-2-14** At **14/8** By **Peterssil**

Date                Time                Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____
Inmate Signature

_____
Date

☐ Original: Inmate's Booking Jacket        ☐ Copy: Inmate        ☐ Copy: Administration

ASU#050402
Revised: 06.30.2005

Classification

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
☐ **INITIAL INMATE GRIEVANCE**
☒ **GRIEVANCE APPEAL**

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

4 of 11 Unsafe

Inmate's Name **Domonic Cooper**

Booking # **1303341031**

Housing Location **11-F10**

Date of Complaint **11-23-14**

Date of Incident **10-19-14**   Time of Incident **N/A**   Location of Incident **11-C-15**

EXPLAIN YOUR COMPLAINT ...

The fact of the matter is! My life was put in danger "After" I not-
ified several deputies I was being threatened - Jones said "I'm
gon' kill you blood on Ridas" (independent Riders)! He proved
that he could and would kill me by assaulting me. He pun-
ched me twice in the face. Jones told dep. Brandt (night
shift) Yeah I hit his bitch ass, and acted like he was
about to again in front of the officer!
I told dep. Vigil & dep. Brandt (day shift) several times
and put in numerous request to Classification like they
told me! My constitutional & civil Rights were violated.
I want justice!
Note: The investigation was given to me today (11-23-14) and
It's dated 11-12-14 my time to appeal is up. "This is Foul Play"

*(ATTACH ADDITIONAL PAGES IF NEEDED)*

Inmate Signature _____   Date **11-23-14**

**DO NOT WRITE BELOW THIS LINE  STAFF USE ONLY**
You have 20 days ...

Received By **J. WALSH**   **F2819**   Date **11-23-2014**   Time **1732**
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket   Canary: Inmate   Pink: Administration

ASU#050401
Rev. 08/2014

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

5 of 11  Unsafe

### ☐ INITIAL INMATE GRIEVANCE
### ☒ GRIEVANCE APPEAL

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I Jail

Inmate's Name **Domonic Cooper**   Booking # **1303340311**

Housing Location **11 F-10**

Date of Complaint **11-F10**

Date of Incident **10-19-14**   Time of Incident **Not sure**   Location of Incident **11 C-15**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault. If this grievance is related to a disability check this box ☐

On 10-19-14 I was assaulted by inmate Michael Jones, A P.C. gang-member (shot caller of I.R. - independent Riders). I was being threat-ened for approx. 3 weeks, Jones stated ("I'm gon' kill you blood) he's going to kill me, I notified deputy brandt on day shift several times I was in fear for my life. Brandt stated "you're both men so do you"! I put in numerous Request to classification and notified dep. Vigil, Vigil stated he would tell classification and it's up to them. I was not moved until I was assaulted by Jones, I requested to press charges, I want Justice! deputy Jones documented injury and took me to Nurce. W.V.D.C. Put my life in danger, I was injured, Mentaly & physically"! I was seen by classification after incident but got No Responce in writing to my greivance dated 10-22-14.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _[signature]_   Date **11-12-14**

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**
You have 10 days from the date indicated below to complete the grievance investigation and return it to the inmate.

Received By **J. WALSH   E7817**   Date **11/22014**   Time **1148**
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original:  Inmate's Booking Jacket   Copy:  Inmate   Copy:  Administration

ASU#050401
Rev. 02/2014



SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU

6 of 11 Unsafe

# INMATE GRIEVANCE INVESTIGATION

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

Date **11/12/2014**

Grievance # **1434G10171**

Inmate's Name **Cooper, Dominic**

Booking # **1303340311**

Investigation Conducted By **Cpl. A. Castillo**

Employee # **C1641**

## SUMMARY OF COMPLAINT AND FINDINGS

**COMPLAINT-**
Cooper states his cellmate Michael Jones is an Independent Rider prison gang member and a blood gang member. Cooper states he is a Muslim and no longer a crip member and Jones keeps making threats to fight Cooper. He claims he has advised staff of the problems but staff will not move him. Furthermore, he claims he submitted numerous requests to Classification asking for a cell change but he did not receive a response. He claims he was assaulted by Jones and believes this was a result of negligence.

**FINDINGS-**
Cooper's complaint is UNFOUNDED. First, a recent decision in a US Ninth Circuit Court (Labatad v. Corrections Corporations of America et al,) found that even housing rival gang members together was insufficient under the circumstances to find that defendants were deliberately indifferent. SBSD Inmate Rules and Regulations specifically states fighting is a violation of the rules. The prison gang claims were fully investigated. (Note: The inmates were separated before the grievance was received)

## ACTION TAKEN

The prison gang claims were fully investigated. The inmates housing, classification, inmate status and recent case law were all reviewed.

Reviewed By _vd dsg - M4338_

Duty Lieutenant

Approved By _Z. Markegard_

Facility Administrator

Written reply given to inmate on _____ At _____ By _____

Date            Time            Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                    _____

Inmate Signature                    Date

☐ Original: Inmate's Booking Jacket      ☐ Copy: Inmate      ☐ Copy: Administration

ASU#050402
Revised: 02/2014

7 of 11 UNSAFE

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## BUREAU OF DETENTIONS AND CORRECTIONS
### INMATE DISCIPLINE REPORT

Page 1 of

| | |
|---|---|
| CDC: ☐ |
| GHRC: ☐ |
| HDDC: ☐ |
| WVDC: ☒ |
| Other: ☐ |

### INMATE INFORMATION

☒ Pre-Sentenced   ☐ USM
☐ Sentenced

NAME: LAST, FIRST, MIDDLE
COOPER, DOMONIC ANTONIO

HOUSING LOCATION: 11-F-14

BOOKING NUMBER: 1303340311

JDR Violation Policy Sec. - ☒12/2523.05  ☐12/2523.10  ☐12/2523.15  ☐12/2523.20  ☐12/2523.25   Sub Section # 07

JDR NUMBER:

DESCRIPTION: Mutual Combat

MAXIMUM JDR:
Days: 10    G&W: 10

110103

PRIOR DISCIPLINE RECORD (LOCKDOWNS, ETC): JDR#101104 Refuse Direct Order, JDR#100810 Contraband, JDR#061704 Mutual Combat

### INCIDENT INFORMATION

DATE/TIME OF INCIDENT:
11/01/2014 1150

LOCATION OF INCIDENT:
Unit 11 Segment F

ATTACHED STATEMENT(S) BY: ☒ Deputy ☐ Inmate Witness & Info. ☐ Staff ☐ None ☐ Other

DR# ASSOCIATED WITH THE DISC:

DETAILS OF INCIDENT:

On 11/01/2014, at approximately 1150 hours, I observed Thompson ( BKG#1405370885 ) and Cooper (BKG#1303340311 ) in a physical altercation in the day room of Unit 11 Segment F. Thompson and Cooper were standing between cells 6 through 8 in a bladed stance exchanging punches. Both inmates were ordered to get onto the ground and were removed without further incident. Both inmates were handcuffed to the rear with double locked the cuffs and checked for tightness.

It is against the rules and regulations of the West Valley Detention Center to engage in mutual combat with a fellow inmate.

ORIGINAL

INMATE STATEMENTS:

"I was defending my self."

REPORTING OFFICER NAME:   T.Gary

REPORTING OFFICER EMP #:   A9570

### SUPERVISOR'S REVIEW

REVIEWED BY:

DATE /TIME:
11/2/14  0859

DISCIPLINE RECOMMENDATION   Days: 10   G&W: 0

COPY GIVEN TO INMATE BY: T. GARY A9570   DATE / TIME: 11/2/14   DAYS   HOURS

### DISCIPLINE REVIEW
### WAIVED 24 HR LIMIT ☐ YES ☐ NO ☒ N/A

ADDITIONAL INMATE STATEMENTS:

"I DIDN'T HAVE A CHOICE ... I was DEFENDING myself,"

REVIEWED BY:

DATE/TIME REVIEWED:
110314 / 2241 HRS

DISCIPLINARY ACTION   S + O
☐ Discipline approved as recommended above ☒ Modify discipline as follows:

Is Disciplinary Isolation Diet recommended? ☒ NO  ☐ YES   If yes, a completed Disciplinary Isolation Diet Instructions form (ASU# 060701) shall be completed

New Housing Location: N/A

Deputy Name/Employee Number Taking Property: Jacobson 1F10909

Location of Inmate's Property: NONE TAKEN

DISCIPLINARY ACTION BASED ON:
☒ Synopsis Above  ☒ Disciplinary History
☐ Attached Statements ☐ Other:

DISCIPLINE OUT DATE: 110714

### FACILITY MANAGER'S REVIEW

FACILITY MANAGER:

COMMENTS:

☐ (Spec. Diet over 72 hours)

### FINAL COPY GIVEN TO INMATE

EMPLOYEE NAME: Reversal

EMPLOYEE #:

DATE / TIME: 11-18-14

ASU#000402   Rev.08/2014          DISTRIBUTION      Original: Administrative File      Copy: Inmate, Inmate's Jacket, Classification

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
### ☐ INITIAL INMATE GRIEVANCE
### ☒ GRIEVANCE APPEAL

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

**level III     8 of 11 unsafe**

Inmate's Name **Domonic A. Cooper**          Booking # **1303340311**

Housing Location **11-F-1**          Date of Complaint **12-18-14**

Date of Incident **11-3-14**     Time of Incident **N/A**     Location of Incident **Unit 11 F- DAYROOM**

C.S. Sibley put my life in jeopardy. Two days after I fought Thompson, they let him out into the dayroom and we fought again. This misconduct could have resulted in one of our lives being lost. I want dep. Brandt and C.S. Sibley to be punished for their actions.
Thompson is over 300-pounds - what if he fell on me and broke my kneck? I hurt my back during the fight. I knocked him out. One of us could be dead.
If it's Negligence it's still wrong because I had to suffer.
My first investigation on this matter is dated 11-27-14
The second investigation is dated  12-12-14 (level-2)
This is a 3rd level grievance (second appeal - which makes it level III.
The investigation states, "it was unintentional" us both being let out. What would you have told my family if I died? That I was killed by accident? By your (W.V.D.C.) Negligence, or would you lie?

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____          Date **12-18-14**

Received By **C. TOWNE   F 7817**          Date **12-18-14**     Time **1245**
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket          Canary: Inmate          Pink: Administration

ASU#050401
Rev. 08/2014



☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I Jail

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

9 of 11 unsafe

## INMATE GRIEVANCE INVESTIGATION

Date  **12/12/14**                                    Grievance #  **1434G11164(1)**

Inmate's Name   **Domonic A. Cooper**                 Booking #  **1303340311**

Investigation Conducted By   **M. Schilling, Lieutenant**           Employee #  **S0473**

### SUMMARY OF COMPLAINT AND FINDINGS

**COMPLAINT: Inmate Cooper is appealing the disposition on his original grievance. In his original grievance, Inmate Cooper alleges staff intentionally let another inmate out of his cell, at the same time he was on the tier. The inmate that was let out was inmate Cooper's ex-cellmate, for whom he was previously involved in a fight with. Because of this action, this inmate assaulted Inmate Cooper again.**

**FINDINGS: Involved staff members were interviewed and claim the event was unintentional. There is no evidence to show otherwise. Staff were conducting tier time protocol for the day when the incident occurred, per policy and were unaware of, or had forgotten about the conflict between the two inmates when they were both let out on the tier at the same time. An investigation into this matter was conducted by Sgt. Jacome. The results of investigation into staff misconduct are not disclosed to inmates per law and policy.**

**ADMINISTRATIVE DISPOSITION: Following a review's this grievance, I am changing the disposition from, "UNFOUNDED" to a disposition of, "INCONCLUSIVE".**

### ACTION TAKEN

**ACTION TAKEN: Administrative review. A copy of this grievance will be forwarded to classification for review with a recommendation to, in the future, re-house inmates involved in assaults with one another to areas were there is no possibility of contact with one another in the future.**

INMATE COPY PLEASE DELIVER

Reviewed By   _Nm WnLee_ W0454              Approved By   _DdO Cy_
                   Duty Lieutenant                              Facility Administrator

Written reply given to inmate on   _12-18-14_   At   _0935_   By   _Peterson_
                                       Date              Time              Print Name

This complaint has been discussed with me and I have been advised of the findings.

Inmate Signature                                                    Date

☐ Original:  Inmate's Booking Jacket          ☐ Copy:  Inmate          ☐ Copy:  Administration

ASU#050402
Revised: 02/2014



## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
☐ **INITIAL INMATE GRIEVANCE**
☒ **GRIEVANCE APPEAL**

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

Level III  10 of 11 Unsafe

Inmate's Name **Domonic A. Cooper**       Booking # **130334021**

Housing Location **11 E-8**       Date of Complaint **12-10-14**

Date of Incident **10-19-14**    Time of Incident **N/A**    Location of Incident **11-C-15**

EXPLAIN YOUR COMPLAINT

This is my third greivance and second appeal on this issue.
My life was jeopardized Cpl. Castillo is lying. I put in Approx. 10-
Request and told dep. Brandt and dep. Vigil several times.
Their have a policy that you must fight to be moved.
I was complaining for over 3-weeks until I was finally moved
Only after I was assaulted by inmate Jones
By Jones acting out on his threat, it's proof I could have been
killed.

   My Life Matters Too!

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____       Date **12-10-14**

DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY

Received By **T. WARDELL/F4598**       Date **12/10/14**   Time **1610**
                Employee's Name (please print)

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket       Canary: Inmate       Pink: Administration

ASU#050401
Rev. 08/2014



## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

11 of 11 Unsafe

# INMATE GRIEVANCE INVESTIGATION

☐ ADC
☐ CDC
☐ GHRC
☒ WVDC
☐ Type I Jail

Date **12/05/2014**                                    Grievance # **1434G10171**

Inmate's Name **Cooper, Dominic**                      Booking # **1303340311**

Investigation Conducted By **A. Moreno**               Employee # **A9071**

### SUMMARY OF COMPLAINT AND FINDINGS

**COMPLAINT**
Cooper submitted a grievance appeal disputing Cpl. Castillo's initial response and alleging his life was placed in danger when deputies failed to protect him. Cooper claims he was assaulted by his cellmate after submitting numerous requests to classification and advising deputies he was being threatened by his cellmate.

**FINDINGS**
I reviewed Cpl. Castillo's initial grievance response and agree with his findings.  Furthermore, an audit of Cooper's file revealed only one request slip was submitted requesting to be reclassified.  The request slip was answered and specified Cooper was advised. Cooper was properly classified and housed accordingly.

**ADMINISTRATIVE DISPOSITION**
Cooper's allegations are deemed "UNFOUNDED".

### ACTION TAKEN

Cooper was contacted and his inmate file and classification were reviewed.

**INMATE COPY PLEASE DELIVER**

Reviewed By _____ Lt.                    Approved By _____
            Duty Lieutenant                                Facility Administrator

Written reply given to inmate on **12-10-14**  At **1162**  By _____
                                 Date          Time         Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                    _____
       Inmate Signature                                    Date

☐ Original:  Inmate's Booking Jacket        ☐ Copy:  Inmate        ☐ Copy:  Administration

ASU#050402
Revised: 06.30.2005

cover sheet

# Religious

# Violation

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

1 of 10 Religion

☐ INITIAL INMATE GRIEVANCE
☒ GRIEVANCE APPEAL

☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

**# 1534G08166 & Connected Issues #1534G09274**

Inmate's Name **Domonic A. Cooper SR.**          Booking # **1303340311**

Housing Location **H - F - 4**          Date of Complaint **10 - 14 - 15**

Date of Incident **9 - 23 - 15**   Time of Incident **N/A**   Location of Incident **4 - F - 4**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault. If this grievance is related to a disability check this box: ☒ **P.T.S.D.**

I'm in fear for my life & safety (Retaliation by W.V.D.C sheriffs for filing this very grievance "FOR") My Rights to:
Be tried without crule & unusual punishment "AND" Violation of my Religious Rights (civil & constitutional) before - during - after trial. I'm filing an Appeal Because (new complaint) : My Investigation Responce does not quote my complaint which is that I was knowingly deprived my Right to prebair for prayre (use hair clippers once a week) after given & granted my Religious Request. Deputy Snyder refused to "honor" it "period".
(WHY?) Investigation #1534G09274" is vague & Evasive too! See Title-15 & Religious Land Use and Institution Persons Act 2000 (RLUIPA)." Cameras in both Unit prove I was deprive these Rights for over a month. Thank you (see Religious Request (dated 9/29/15) FROM: chaplain "C. Skaggs".

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____          Date **10-14-15**

### DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY
You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.

Received By **D. JACKSON**          Date **10-14-15**   Time **1715**
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket          Copy: Inmate          Copy: Administration

ASU#050401
Rev. 07/2014



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

2 of 10 Religion

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

# INMATE GRIEVANCE INVESTIGATION

Date  **10-07-15**

Grievance #  **1534G09274**

Inmate's Name  **Cooper, Domonic**

Booking #  **1303340311**

Investigation Conducted By  **Cpl. D. Stuart**

Employee #  **S3231**

## SUMMARY OF COMPLAINT AND FINDINGS

**COMPLAINT: Cooper submitted a grievance alleging on 09-23-15, he was denied use of the hair clippers. Cooper further alleged he was denied use of the hair clippers for 3 weeks.**

**FINDINGS: On 10-07-15, SCS Anderson, assigned to Unit 11, confirmed on 10-07-15, Cooper was provided the hair clippers. In addition, inmates are allowed to use the hair clippers once a month. Unit 4 and Unit 11 provided the hair clippers the first week of every month.**

## ACTION TAKEN

**Administrative Disposition: Cooper's allegations were Unfounded. Staffs actions were in accordance with Detention and Corrections Policy.**

Reviewed By  Na WiLcS  W0454
_Duty Lieutenant_

Approved By  E. Ps
_Facility Administrator_

Written reply given to inmate on _____ At _____ By _____
Date           Time          Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____
Inmate Signature

_____
Date

INMATE COPY PLEASE DELIVER

☐ Original:  Inmate's Booking Jacket          ☐ Copy:  Inmate          ☐ Copy:  Administration

ASU#050402
Revised: 02/2014

11F14

Case 5:16-cv-00949-PSG-AGR    Document 1    Filed 05/10/16    Page 73 of 96    Page ID #:73



## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

3 of 10 _Religion_

# INMATE GRIEVANCE INVESTIGATION

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

---

Date  **09/26/15**                                    Grievance #  **1534G08166(1)**

Inmate's Name  **Domonic Cooper**                         Booking #  **1303340311**

Investigation Conducted By  **Lieutenant B. Zeigler**           Employee #  **Z0096**

### SUMMARY OF COMPLAINT AND FINDINGS

**GRIEVANCE APPEAL:**
Cooper submitted a grievance appeal and alleged he was subjected to cruel and unusual punishment when he was forced to listen to Christian church services.

**FINDINGS:**
Upon speaking to the unit SCS, I found church services are afforded to inmates in the segment. An announcement was made to notify the inmates and those who wanted to attend were allowed to listen to the services. Inmates who did not want to participate were not forced to attend the service.

The previous disposition of "EXONERATED" will be upheld. The chaplain had no malice and did not intentionally violate Cooper's rights.

### ACTION TAKEN

Interview with unit SCS.

_INMATE COPY PLEASE DELIVER_

---

Reviewed By  _Z+ tg_                    Approved By  _CHRIS FISHER_
               Duty Lieutenant                                 Facility Administrator

Written reply given to inmate on  _9/29/15_  At  _____  By  _M. MORENO_
                                      Date              Time           Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                          _____
Inmate Signature                                        Date

☐ Original: Inmate's Booking Jacket        ☐ Copy: Inmate        ☐ Copy: Administration

4F/4

ASU#050402
Revised: 02/2014

Case 5:16-cv-00949-PSG-AGR Document 1 Filed 05/10/16 Page 74 of 96 Page ID #:74

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

4 of 10 Religion

☒ **INITIAL INMATE GRIEVANCE**
☐ **GRIEVANCE APPEAL**

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

---

Inmate's Name __Domonic A. Cooper Sr__   Booking # __130334031__

Housing Location __4 - F - 4__   Date of Complaint __9 - 25 - 15__

Date of Incident __9-23-15__   Time of Incident __N/A__   Location of Incident __W.V.D.C unit #4__

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) *You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault.* If this grievance is related to a disability check this box: ☐

Dep. Snyder knowingly violated my civil Rights to do wudu (to groom & prepair for prayer) by using the hair clippers once a week. For more than 3-weeks dep. Snyder told me to wait and eventually said "no I don't like the way you talk to me." IF I broke the rules I'd have been punished.

On 7-28-15 I was granted the above on a Religious Request by: Chaplain C. Skaggs. This is clearly discrimination — Cruel & Unusual Punishment (violating my rights to trial without cruel & unusual punishment) And a violation of the: Religious Land Use and Institutionalized Person Act of 2000 (RLUIPA). The cameras also show I'm stating a true Fact. I also fear retaliation by W.V.D.C staff for filing this grievance.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____   Date __9-25-15__

---

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**
*You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.*

Received By __D. JACKSON__   Date __9-25-15__   Time __1525__
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

---

Original: Inmate's Booking Jacket   Copy: Inmate   Copy: Administration

ASU#050401
Rev. 07/2014

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
**DETENTION AND CORRECTIONS BUREAU**

5 of 10 Religion

**INMATE GRIEVANCE EXTENSION**

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I Jail

> *Your grievance will require additional time to review and/or investigate. This is to advise you of that delay, and to give you a tentative completion date.*

Name ___**COPPER**___ ___**DOMONIC**___ _____
    Last              First              Middle

Booking Number ___**1303340311**___    Housing Location ___**4F4**___

Grievance # ___**1534G08166**___    Estimated Completion Date ___**9/15/15**___

Comments ___**ADDITIONAL INVESTIGATION TIME REQUIRED**___

Sgt/Lt Authorizing Extension ___**LT S HENRY**___    Employee # ___**H1477**___

Notification made by (Deputy's name) _____    Employee # _____

Inmate's Signature _____    Date of Notification _____

Routing: ☐ Completed original attached to original Inmate Grievance    ☐ Copy to Inmate    ☐ Administration

ASU#001001
Rev.02/2014

INMATE COPY PLEASE DELIVER



SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU

6 of 10 Religion

# INMATE GRIEVANCE INVESTIGATION

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

---

Date **August 31, 2015**                    Grievance # **1534G08166**

Inmate's Name **Cooper, Domonic**                    Booking # **1303340311**

Investigation Conducted By **Sergeant G. Esmond**                    Employee # **E0250**

## SUMMARY OF COMPLAINT AND FINDINGS

**COMPLAINT**

**On Sunday, August 9, 2015, Inmate Domonic Cooper (Bkg #1303340311) submitted a grievance in which he explained he was being forced to listen to Hispanic religious services he did not want to listen to.  Cooper stated the services interupt his sleep pattern in Unit 4, Segment F.**

**FINDINGS**

**On Sunday, August 9, 2015, religious services were delivered in Unit 4, Segment F for the entire segment. The services was not directed to any one particular inmate. The religious volunteer deilverd the service without malice or intent to force any particular inmate to listen or follow the given beliefs.**

**DISPOSITION**

**This grievance is EXONERATED.**

---

### ACTION TAKEN

**The chaplin will be contacted and advise other religious volunteers to avoid conducting services to an entire segment unless requested by all inmates.**

---

Reviewed By _B3/_                    Approved By _Nu WiLLS_ W045%
                 Duty Lieutenant                                   Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                                        Date                    Time                    Print Name

This complaint has been discussed with me and I have been advised of the findings INMATE COPY PLEASE DELIVER

_____                                   _____
      Inmate Signature                                                   Date

---

☐ Original: Inmate's Booking Jacket          ☐ Copy: Inmate          ☐ Copy: Administration

4F/4

ASU#050402
Revised: 02/2014

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ INITIAL INMATE GRIEVANCE
☒ GRIEVANCE APPEAL

7 of 10 Religion

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

Level II   #1534G08166

Inmate's Name Domonic A. Cooper SR.   Booking # 130334031l

Housing Location 4-F-4   Date of Complaint 9-0-15

Date of Incident 8-9-15   Time of Incident N/A   Location of Incident 4-F, dayroom

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) *You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault. If this grievance is related to a disability check this box:* ☒ (contributes to (P.t.SD) illness.

W.V.D.C. Violated my Right to be given a trial "without" being Cruelé & Unusually punished (violation of my civil & Constitutional Rights). I WANT A PRINTED & SIGNED APOLOGY BY W.V.D.C. * Employee # EO250 "deliberately" missinterpreted my complaint; why? I Never "INDICATED" Hispanic Religious services." I specifically said "I'm being forced to listen to "Christian" Church service. I was awaken by a Hispanic male yelling. This is a continuing problem I've had in the past and I have reason to believe the grievance investigation does not address "Christianity" because I've grieved this specific issue to no Avail approx. 2-years ago, and have witnessed several fellow inmates complain & submit grievances "connected" to no Avail. This is one of many ongoing issues that prove I've been denied (a fair) trial without cruel & unusual punishment." This is a clear violation of my rights."

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____   Date 9-10-15

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**
*You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.*

Received By   J. SNYDER   Date 9-12-15   Time 1415
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket          Canary: Inmate          Pink: Administration

ASU#050401
Rev. 08/2014

Att: Church services. Dep. Carlos "only "Agreed that this is a "Grievable "Religious" Issue." PC

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
☐ INITIAL INMATE GRIEVANCE
☐ GRIEVANCE APPEAL

☐ CDC
☐ GHRC
☐ HDDC
☐ WVDC
☐ Type I
☐ Work Release

8 of 10 Religion

Christianity's Conjoined with the laws that give (American) Cops Licensing to kill blacks "today".

Inmate's Name **Domonic A. Cooper Sr.**     Booking # **1303340311**

Housing Location **4-F4**     Date of Complaint **8-9-15**

Date of Incident **8-9-15**     Time of Incident **Approx. 9 AM**  Location of Incident **4-F4**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault. If this grievance is related to a disability check this box: ☑ **p.t.s.d.**

#1 Today I was waken up hearing Church (Christian). My First complaint is that I had flash backs of several problems I had with mexican staff (Hispanic) when I seen the mexican man yelling. #2 I was deprived my normal Routine (time of sleep) of Rest due to my psych. meds. "I BELIEVE My Civil Rights were Violated"

#3 I was forced to hear christian Religious beliefs (church survice). I don't pray to white Jesus. The KKK and most (American white) Racist are formed from Christianity. My people were kidnapped-Raped-Disconnected from all our Roots-Heritages-etc.. "In the name of (your) white Jesus"! I don't believe my Ancestors came to America on slave-ships worshiping a blond-hair & blue-eyes man. I'm being framed on frivolous charges shaped by a bias constitution conjoined with the christian bible." To this day my people are being killed in cold blood in your nation under God (America). Christianity Is Not a (educated) BLACK MANs (nor woman's) Religion. Dep. Carlos agrees that this isn't fair. He told me today while discussing the sole issue.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _[signature]_     Date **8-9-15**

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**
You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.

Received By **Z. CARLOS**     Date **8-9-15**     Time **1015**
Employee's Name (please print)

Grievance # _____     Date _____     Assigned to _____

Original: Inmate's Booking Jacket     Canary: Inmate     Pink: Administration

ASU#050401
Rev. 08/2014



**San Bernardino County Sheriff-Coroner Department**
**Detention and Corrections Bureau**

*9 of 10 Religion*
**Religious Requests**

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ OTHER

---

Inmate's Name:   **COOPER, Domonic**                    Date:   **072815**

Booking Number:   **1303340311**             Housing Location:   ~~11F-04~~ **4FO4**

Describe in detail the inmate's request:   **Inmate states he is Muslim and requests to use**
**the hair clippers once a week to do proper wudu.**

_____

_____

**Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA):**   "No government shall impose a substantial burden on the religious exercise of a person residing in or confined to an institution unless the burden is in the furtherance of a compelling governmental interest and is the least restrictive means of furthering that interest."

Describe alternatives that would allow the inmate to practice his/her religion.
**N/A**

_____

Chaplain Signature:   **/s/C.Skaggs**                    Date:   **072815**

*Only forward to Health Services when regarding Religious Diets*
Inmate clear to receive Religious Diet:   ☐ Yes     ☐ No

Health Services Signature: _____   Date: _____

| **Facility Commander** |
|---|

Request is:   ☒ Approved   ☐ Denied   ☐ Approved alternative methods as indicated below.

The following alternatives were considered but rejected for the reasons stated below:

_____

_____

The following alternatives were implemented as a means to allow the inmate to practice his/her religion:

_____

_____

Reason for the decision: _____

_____

Commander's Signature: _____   Date:   **7-29-15**

ASU # 080962
Rev. 02/2014

Distribution:  Original to Administrative File    Copy to Inmate    Copy to Inmate Jacket    Copy to Health Services    Copy to Culinary



# San Bernardino County Sheriff-Coroner Department
## Detention and Corrections Bureau

10 of 10 Religion

### Religious Requests

☐ ADC
☐ CDC
☐ GHRC
☒ WVDC
☐ OTHER

Inmate's Name: **COOPER, Domonic Antonio**   Date: **09/16/13**

Booking Number: **1303340311**   Housing Location: **11C-05**

Describe in detail the inmate's request: **IM claims to be Islamic and requests a halal diet. He was approved on 05/23/13 for an extra towel to use as a prayer mat.**

**Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA):** "No government shall impose a substantial burden on the religious exercise of a person residing in or confined to an institution unless the burden is in the furtherance of a compelling governmental interest and is the least restrictive means of furthering that interest."

Describe alternatives that would allow the inmate to practice his/her religion.
**None**

Chaplain Signature: **/s/ Rev. James E. Henning**   Date: **09/16/13**

*Only forward to Health Services when regarding religious Diets*

Inmate clear to receive Religious Diet: ☒ Yes   ☐ No

Health Services Signature: _[signature]_   Date: **9.19.13**

| **Facility Commander** |
| --- |

Request is: ☒ Approved   ☐ Denied   ☐ Approved alternative methods as indicated below.

The following alternatives were considered but rejected for the reasons stated below:

The following alternatives were implemented as a means to allow the inmate to practice his/her religion:

Reason for the decision:   **Approved, per Chaplain Henning's findings.**

Commander's Signature: _[signature]_   Date: **9/17/13**

Tampering

w/ Legal Mail

"Illegally"

7 of 12

Domonic A. Cooper, Sr. #1303340311
WVDC 9500 Etiwanda Ave
Rancho Cucamonga, Ca. 91739

11 F 4

91739@9679

NIXIE    918    CC  1    720???
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 91739967999    *0718-01076-30-40
UTF

A.C.L.U.

FOREVER
USA

Front & back

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION AND CORRECTIONS BUREAU**
☐ **INITIAL INMATE GRIEVANCE**
☒ **GRIEVANCE APPEAL**

2 of 12 Legal Mail

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

Level II   #1534G07258(1)

Inmate's Name **Domonic A. Cooper Sr.**          Booking # **1303340311**

Housing Location **4-F-4**          Date of Complaint **8-31-15**

Date of Incident **See Records**   Time of Incident **N/A**   Location of Incident **W.V.D.C**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) *You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault.* If this grievance is related to a disability check this box: ☒ *P.t.s.d "Mentally ill"*

On my First Appeal responce ;findings "inconclusive" And that I (Cooper) has provided No new evidence, to warrant modification. I've been effected and put at a disadvantage several ways by "opening my legal Mail illegally". New Evidence: My Theory And Evaluation of Events Leading up to now. My Legal Mail's been continuously illegally opened from Sep. 2013 to July. 2015. W.V.D.C is stopping me from getting help on My civil-claims against the county (W.V.D.C & SB.dino sheriff dpt.) And For "Unsafe Environment-Excessive Force" by deputies "- Sex Assault" by deputies "- Deprivation of Mental health & Medical - Tampering with legal Mail - Hazing & Abusing the disabled "mentally ill"(me) - Cruel & Unusual Punishment - P.t.s.D "due to the above". I also have reason to believe W.V.D.C prevented me from getting a fair trial by forwarding my confidential info. "from legal Mail" to the D.A. There was my info. about my criminal case in some of the mail illegally opened. Is n't this a violation of my Constitutional & civil Rights? THIS IS PROOF I Have NO Rights As AN American Citizen.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____          Date **8-31-15**

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**
*You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.*

Received By _____ **Z. CARIOS** _____   Date **8-31-15**   Time **1400**
          Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original:  Inmate's Booking Jacket          Canary:  Inmate          Pink:  Administration

ASU#050401
Rev. 08/2014



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

*3 of 12 Legal mail*

# INMATE GRIEVANCE INVESTIGATION

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

---

Date  **8/26/15**

Grievance #  **1534G07258(1)**

Inmate's Name  **Cooper, Dominic**

Booking #  **1303340311**

Investigation Conducted By  **S. Henry**

Employee #  **H1477**

## SUMMARY OF COMPLAINT AND FINDINGS

**Complaint:** Inmate Cooper has submitted an appeal regarding his allegation that staff is intentionally mishandling his legal mail.

**Findings:** Inmate Cooper's complaint was thoroughly investigated by Sergeant Wiebeld. . He was provided with the final determination of his allegation as INCONCLUSIVE, as required by California law. Cooper has not provided any new evidence in support of his appeal that would warrant any modification. Cooper's grievance was answered appropriately and I concur with the findings. There was no evidence staff intentionally opened the letter addressed to the ACLU.

## ACTION TAKEN

Administrative review of grievance investigation.

Reviewed By  _____
Duty Lieutenant

Approved By  _____
Facility Administrator

Written reply given to inmate on  _____  At  _____  By  _____
Date                              Time           Print Name

This complaint has been discussed with me and I have been advised of the findings.

*INMATE COPY PLEASE DELIVER*

_____          _____
Inmate Signature                  Date

---

☐ Original:  Inmate's Booking Jacket          ☐ Copy:  Inmate          ☐ Copy:  Administration  4F/4 

ASU#050402
Revised: 02/2014



## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
### DETENTION AND CORRECTIONS BUREAU

4 of 12 Legal Mail

## INMATE GRIEVANCE INVESTIGATION

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

Date  **9/19/15**                                    Grievance #  **1534G07258(2)**

Inmate's Name    **Cooper, Domonic**                    Booking #  **1303340311**

Investigation Conducted By   **Lieutenant C. Fisher**          Employee #  **F1099**

### SUMMARY OF COMPLAINT AND FINDINGS

Inmate Cooper submitted his final appeal on the matter that staff are intentionally opening his legal mail.

In his appeal Cooper provided his theory about his legal mail being mishandled but did not provide any evidence.  He also complained about other issues, such as excessive force, unsafe environment, sexual assaults, deprivation of medical and mental health, without providing any details. These complaints are not related to his original complaint.

I have reviewed the original investigation and appeal and find the disposition of INCONCLUSIVE to be appropriate.

### ACTION TAKEN

**None**

Reviewed By  _____          Approved By  _____  W0454
                  Duty Lieutenant                              Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                                        Date              Time         Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____

ASU#050402
Revised: 02/2014                                                          4F/4

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION AND CORRECTIONS BUREAU**
☐ **INITIAL INMATE GRIEVANCE**
☒ **GRIEVANCE APPEAL**
5 of 12 Legal Mail

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

#1534G07258

Inmate's Name _Domonic A. Cooper Sr._  Booking # _130334031_

Housing Location _4-F-4_  Date of Complaint _8-13-15_

Date of Incident _See Records_  Time of Incident _N/A_  Location of Incident _W.V.D.C_

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault. If this grievance is related to a disability check this box: ☒ P.t.s.d (conjoined in opened mail) illness.

W.V.D.C (SB.dino Sheriff dpt) Violated my civil & constitutional Rights and made it impossible to get a fair trial. Who's Accountable For This? My legal mail's been getting illegally opened ever since September 2013. From my most recent grievance on this issue was found inconclusive. I have tangible proof that W.V.D.C could have "possibly" violated my Right to a fair trial. Several letters had information about my controlling (criminal) case and were illegally opened. I told Judge V. Stull. According to Sergeant B. Wiebeld's investigation (I) "Cooper has evidence to support his theory of staff throwing away his mail". I also believe my info. was leaked to the "D.A" before & after trial". I want justice and a written Apology for violating my Rights. Please. P.S? I also was stopped from getting compensation on my civil claim Against W.V.D.C (SB.dino County & Sheriff's). My letter to the A.C.L.U was returned illegally opened & addressed correctly".

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _[signature]_  Date _8-13-15_

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**
You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.

Received By _J Silva_  Date _8/12/15_  Time _1030_
Employee's Name (please print)

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket  Canary: Inmate  Pink: Administration

ASU#050401
Rev. 08/2014

6 of 12 Legal mail

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU

☐ ADC
☐ CDC
☐ GHRC
☒ WVDC
☐ Type I Jail

## INMATE GRIEVANCE INVESTIGATION

Date **08/11/15**          Grievance # **1534G07258**

Inmate's Name **Domonic Cooper**          Booking # **1303340311**

Investigation Conducted By **Sergeant B. Wiebeld**          Employee # **W2674**

### SUMMARY OF COMPLAINT AND FINDINGS

I/M Cooper alleged he has received legal mail opened by staff. He also alleged most of his legal mail is being thrown in the trash by staff. Cooper further believes a blacked out address on a returned envelope is indication of an on-going conspiracy of misconduct.

FINDINGS - INCONCLUSIVE

When I spoke to Cooper he showed me a letter which had been returned. The address line and a Post Office bar code had been blacked out. "ACLU" above the address line had not been blacked out. Cooper had evidence to support his theory of staff throwing away his mail. I was advised by mail room staff that the blacked out lines possibly done by the Post Office as staff has no reason to black them out. I was also advised by staff when mail is returned, the Post Office typically places a sticker over the lower right corner of the envelope, which is the same location WVDC staff places a LEGAL MAIL stamp. This causes some legal mail to be accidentally opened on rare occasions. Cooper's letter could have been such a case.

### ACTION TAKEN

I spoke with Cooper and WVDC mail room staff. I also examined the letters Cooper referred to in this grievance.

INMATE COPY PLEASE DELIVER

Reviewed By _____          Approved By _____
          Duty Lieutenant                              Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                                    Date              Time              Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____          _____
    Inmate Signature                    Date

☐ Original:  Inmate's Booking Jacket          ☐ Copy: Inmate          ☐ Copy: Administration

ASU#050402
Revised: 06.30.2005

4F/4

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
### ☒ INITIAL INMATE GRIEVANCE
### ☐ GRIEVANCE APPEAL

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

7 of 12 legal mail

Inmate's Name **Domonic A. Cooper**          Booking # **130334031**

Housing Location **11-F-4**          Date of Complaint **6-9-15**

Date of Incident **6-9-14**     Time of Incident **10 AM**     Location of Incident **W.V.D.C**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved) *You have 10 days from the day the incident occurred to submit your grievance. You do not have a time limit if the grievance is used to report a sexual assault.* If this grievance is related to a disability check this box: ☐

Today I recived legal mail illegally opened by W.V.D.C staff. I believe most of my legal mail is being thrown in the trash. I have reason to believe W.V.D.C staff are the reason my mail was rerouted and returned to sender (me). My criminal case and civil claim have both "illegaly been monitered" I'm 100% sure I have the address correct, I've written the A.C.L.U over 10-times (maybe more) for over a year, at this address (385 N. Arrowhead SB. CA. 92475). W.V.D.C. Blacked out the address on my envelope and are apart of an on-going conspiracy of misconduct, malpractice, excessive force and abusing the disabled (me). I've had my legal mail illegally opened numerous times by W.V.D.C staff. Ever since the F.B.I visited me (May 27, 2015) Numerous acts of misconduct have followed, civil & constitutional violations.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____          Date **6-9-15**

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**
*You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.*

Received By **E. Ramos**          Date **07/09/15**   Time **1335**
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original:  Inmate's Booking Jacket          Canary:  Inmate          Pink:  Administration

ASU#050401
Rev. 08/2014



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ ADC
☐ CDC
☐ GHRC
☒ WVDC
☐ Type I Jail

*8 of 12 Legal Mail*

# INMATE GRIEVANCE INVESTIGATION

Date **11-21-14**

Grievance # **#1434G11021**

Inmate's Name **Domonic Cooper**

Booking # **1303340311**

Investigation Conducted By **D. Stuart**

Employee # **S3231**

## SUMMARY OF COMPLAINT AND FINDINGS

COMPLAINT- To date Cooper has submitted several grievances alleging his legal mail was opened prior to him receiving it and his rights to confidentiality was violated. Cooper alleged he did not receive a fair trial due to the DA using a sheriff deputy as a witness against him; therefore he will never receive a fair trial.

FINDINGS- Deputy Rodriguez advised on 10-21-14, she delivered Cooper's legal mail sealed. On 10-29-14, Cooper's legal mail was delivered open. The Mail Room staff accidentally opened Coopers legal mail, due to the US Post Office placing a yellow sticker, returned to sender "Attempt/No Known," over the recipients information. On 11-21-14, SCA Martinez, Rodriguez and I spoke with Cooper, who provided approximately 8 letters with returned to sender stickers across the mailing address. Cooper advised his family provided him with incorrect addresses to attorneys and Private Investigators, including PI Lisa Vizzini. Cooper advised the incorrect address and his penmanship is the reason his legal mail was returned. Additionally, Staff denied Cooper's allegations that staff provided the DA with confidential information regarding his criminal case. In addition, staff denied any misconduct and advised actions were documented on the legal mail log. Cooper's allegations are unfounded.

## ACTION TAKEN

Action taken: On 11-06-14, and 11-21-14, I contacted SCA Martinez advised the Mail Room will monitor Cooper's mail to ensure his legal mail is not opened by mistake.
On 11-05-14, and 11-21-14, I contacted Deputy L. Rodriguez.
On 11-21-14, I responded to unit 11, and made contact with Cooper.           INMATE COPY PLEASE DELIVER
Administrative Disposition: Cooper's allegations were unfounded. Staff's actions were in accordance with Department Policy. Staff denied providing Cooper's legal mail contents to the DA.

Reviewed By _____   Approved By _____
              Duty Lieutenant                    Facility Administrator

Written reply given to inmate on **11/27/14** At **1000** By **R. VARELA**
                                      Date          Time        Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                    _____
      Inmate Signature                                Date

☒ Original: Inmate's Booking Jacket       ☐ Copy: Inmate       ☐ Copy: Administration



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

9 of 12 Legal Mail

# INMATE GRIEVANCE INVESTIGATION



☐ ADC
☐ CDC
☐ GHRC
☒ WVDC
☐ Type I Jail

| | |
|---|---|
| Date __11-06-14__ | Grievance # __#1434G10190__ |
| Inmate's Name __Domonic Cooper__ | Booking # __1303340311__ |
| Investigation Conducted By __D. Stuart__ | Employee # __S3231__ |

## SUMMARY OF COMPLAINT AND FINDINGS

**COMPLAINT-** On 10-17-14 and 10-22-14, Cooper submitted 2 grievances alleging twice his legal mail was opened prior to being delivered to him. Cooper is alleging this is a violation of his Civil and Constitution Rights. Cooper further alleged the sheriff's department leaked the information to the DA.
**FINDINGS-** On 11-05-14, I contacted Deputy L. Rodriguez, who advised on 10-21-14, she delivered Cooper's legal mail. Rodriguez advised the legal mail was sealed. Rodriguez further advised that on 10-29-14, she delivered Cooper's legal mail and the legal mail had been previously opened, by the West Valley Detention Center (WVDC) Mail Room Staff. A notation was made, on the Legal Mail Log, documenting the WVDC Mail Room Staff had accidentally opened Cooper's legal mail. Rodriguez also advised the legal mail had been returned to Cooper the (sender) "Attempt/No Known Attn. Fakhimi & Associates."
On 11-06-14, I contacted SCA Foxford and SCA Martinez who are assigned to the WVDC, Mail Room. Foxford and Martinez advised Cooper's legal mail was returned and due to the sticker placed over the address information, the mail were opened accidentally.
**Administration Disposition:** Cooper's allegations are unfounded. Staff's actions were an accident and not intentional. In addition, the mail room staff did not provide Cooper's legal mail to the DA or anyone else.

## ACTION TAKEN

**Action taken:**
On 11-06-14, I contacted SCA Foxford.
On 11-06-14, I contacted SCA Martinez.
On 11-05-14, I contacted Deputy L. Rodriguez.

INMATE COPY PLEASE DELIVER

| | |
|---|---|
| Reviewed By _____ | Approved By _____ |
| Duty Lieutenant | Facility Administrator |
| Written reply given to inmate on __11-18-14__ | At __11:46__ By _____ |
| Date | Time Print Name |

This complaint has been discussed with me and I have been advised of the findings.

_____
Inmate Signature

_____
Date

☒ Original: Inmate's Booking Jacket     ☐ Copy: Inmate     ☐ Copy: Administration

ASU#050402
Revised: 06.30.2005

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
☒ **INITIAL INMATE GRIEVANCE**
☐ **GRIEVANCE APPEAL**

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

*1° of 12 Legal Mail*

Inmate's Name **Demonie A. Cooper**          Booking # **1303340311**

Housing Location **11 E - 14**          Date of Complaint **10-30-14**

Date of Incident **10-29-14**     Time of Incident **after Noon**   Location of Incident **W.V.D.C. Mail Room**

EXPLAIN YOUR COMPLAINT:

This is the third time my legal mail's been illegally opened in less than a month! Yesterday (10-29-14) I recieved legal mail illegally opened! Once again this is clearly in violation of my constitutional rights (equal protection & privacy) and my civil rights (see correspondence section "title 15"). This has happened several times before, and after I was found guilty in trial, though my trial is technically not over because I've not been sentenced. This is a very important issue because the D.A. are using a sheriff's deputy (against me (witness)) and I am housed at a sheriff's facility (All S.B. dino county) and they're all working with the S.B. dino county D.A. This snowball effect & misconduct is "not only" proof that I have no rights but "also" proof that I didn't and will never get a fair trial due to the fact that confidential and very sincetive information of my defense strategy has been and is being continuously leaked out from W.V.D.C. to the district attorney. This is clear proof that I'm a political prisoner being treated like a prisoner of war W.V.D.C. cannot prove that my suspicion is not true because it is in fact very possible considering W.V.D.C. is under investigation by the F.B.I. # Legal mail's been illegally opened in less than a month!

(ATTACH ADDITIONAL PAGES IF NEEDED)

# This is the 3rd time my Legal mail's been illegally opened in less than a month!

Inmate Signature _____          Date **10-30-14**

DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY

You have 20 days from the date the staff member signed below to complete the grievance investigation and return to the inmate.

Received By **J. WALSH   F 7819**          Date **10302014**   Time **11:30**
                Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket          Canary: Inmate          Pink: Administration

ASU#050401
Rev. 08/2014



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
☒ **INITIAL INMATE GRIEVANCE**
☐ **GRIEVANCE APPEAL**

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

11 of 12 <u>Legal Mail</u>

Inmate's Name **Domonic Cooper**

Booking # **130334031l**

Housing Location **11F-14**

Date of Complaint **10-22-14**

Date of Incident **10-21-14**    Time of Incident **N/A-Midnight** <sup>on or before</sup>   Location of Incident **11F-14**

**EXPLAIN YOUR COMPLAINT** (Include dates, times, and names of persons involved. You have 10 days from the day the incident occurred to submit your grievance, with no time limit if the grievance is used to report a sexual assault. If this grievance is related to a disability check the box.)

On tuesday (10-21-14) I was given legal mail (illegally) opened by W.V.D.C. Mail Room! How can this happen again before my first grievance is answered!? This is the second time, within a seven day period my legal mail was illegally opened (see corespondance section) according to the title 45. I have been violated in this fussion several times. The letter I recieved return to sender from and to the Local F.B.I, does not have a stamp from the U.S. post office. I have reason to believe my info. is and has been (given) forwarded to the D.A.. This is clearly a violation of my civil Rights and constitutional Rights (equal protection & privacy). I also have reason to believe I didn't get a fair trial due to the above acts that occured before I lost trial. There was and is a S.B. dino sheriff's case and this is a sheriff's facility! This is a conspiracy proof I have no Rights in America! I want answers on all levels I, II, III!

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____

Date **10-22-14**

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**
You have 20 days from the date indicated below to complete the grievance investigation and return it to the inmate.

Received By _____  Date **10/23/15**  Time **0226**
Employee's Name (please print)

Grievance # _____  Date _____  Assigned to _____

Original:  Inmate's Booking Jacket          Canary:  Inmate          Pink:  Administration

ASU#050401
Rev. 08/2014



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU
### ☒ INITIAL INMATE GRIEVANCE
### ☐ GRIEVANCE APPEAL

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

*12 of 12 Legal Mail*

Inmate's Name **Domonic Cooper**      Booking # **130334D311**

Housing Location **11C - 15**      Date of Complaint **10-17-14**

Date of Incident **10-16-14**   Time of Incident **N/A**   Location of Incident **Mail Room**

On or about 10-16-14 (or 10-17-14) I recieved Legal mail that was illegally opened (By Mail Staff). According to the corespondance/section it specificly states my legal mail is "only" to be opened in front of me and signed for. "the other important mail opened was to my P.I." This is "clearly" in violation of my civil and constitutional Rights! This is not the first time this has happened. Both times my legal mail was illegally opened with very private and important legal information involving sinsative and confidential information involving my controlling (criminal) case and other matters I'm fighting legally. Before I Lost trial W.V.D.C. opened my mail illegally involving all of the above. I have sheriff(s) as withesses "for" the D.A. against me and this facility is a sheriff property. I have reason to believe the enclosed info. was leaked to the D.A. "before" and after my trial.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _[signature]_      Date **10-17-14**

DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY

Received By **J. WALSH   F7817**   Date **10/17 2014**   Time **1405**
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket      Canary: Inmate      Pink: Administration

ASU#050401
Rev. 08/2014

Hazing (By: SBdino Sheriffs

Discrimination

Deprivation of

Rights etc.



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I
☐ Work Release

# INMATE GRIEVANCE INVESTIGATION

1 of 8    Hazing

Date  **9/9/15**

Grievance #  **1534G05024(2)**

Inmate's Name  **Cooper, Domonic**

Booking #  **1303340311**

Investigation Conducted By  **Lieutenant C. Fisher**

Employee #  **F1099**

## SUMMARY OF COMPLAINT AND FINDINGS

**Inmate Cooper has submitted his final appeal related to this grievance. He was dissatisfied with Lieutenant Perez's response and also did not submit any information which would change the disposition of his last appeal. He did state he had bad dreams the night before writing his grievance appeal about Deputy Enscoe, which are not factored into the review of this appeal.   This grievance shall remain FRIVOLOUS.**

## ACTION TAKEN

**None**

Reviewed By _____
Duty Lieutenant

Approved By _____  W0454
Facility Administrator

Written reply given to inmate on _____  At _____  By _____
Date        Time           Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____
Inmate Signature

_____
Date

☒ Original:  Inmate's Booking Jacket     ☒ Copy:  Inmate     ☒ Copy:  Administration

ASU#050402
Revised: 02/2014



**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION AND CORRECTIONS BUREAU**

**INMATE GRIEVANCE EXTENSION**

2 of 8   Hazing

☐ CDC
☐ GHRC
☐ HDDC
☒ WVDC
☐ Type I Jail

> **Your grievance will require additional time to review and/or investigate. This is to advise you of that delay, and to give you a tentative completion date.**

Name _____ **COOPER** _____ **DOMONIC** _____
_____Last_____    _____First_____    _____Middle_____

Booking Number _____ **1303340311** _____   Housing Location _____ **4F4** _____

Grievance # _____ **1534G05024(1)** _____   Estimated Completion Date _____ **8/21/15** _____

Comments _____ **ADDITIONAL INVESTIGATION TIME REQUIRED** _____

Sgt/Lt Authorizing Extension _____ **LT E PEREZ** _____   Employee # _____ **P1851** _____

Notification made by (Deputy's name) _____   Employee # _____

Inmate's Signature _____   Date of Notification _____

Routing:   ☐ Completed original attached to original Inmate Grievance   ☐ Copy to Inmate   ☐ Administration

ASU#001001
Rev.02/2014

INMATE COPY PLEASE DELIVER