UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **ED CV 16-949-PSG (PLA)**     Date: **July 8, 2016**

Title:   **Dominic Antonio Cooper v. San Bernardino Sheriff, John McMahon, et al.**

---

PRESENT: THE HONORABLE   **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
NONE

**PROCEEDINGS:**     **(IN CHAMBERS)**

Pursuant to this Court's Order of May 12, 2016, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by June 13, 2016). The $5.00 partial filing fee has not been received by the Court. Accordingly, **no later than August 8, 2016, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before **August 8, 2016**, shall be deemed compliance with this Order to Show Cause.

cc:     Dominic Antonio Cooper, pro se

Initials of Deputy Clerk _____ch_____