# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

| | |
|---|---|
| **Case No.:** ED CV 16-949-PSG (PLA) | **Date:** June 30, 2017 |

**Title:** Domonic Antonio Cooper v. San Bernardino Sheriff, et al.

**PRESENT:** THE HONORABLE    PAUL L. ABRAMS
                              UNITED STATES MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
NONE

**PROCEEDINGS:**    **(IN CHAMBERS)**

Pursuant to this Court's Order of May 9, 2017, defendant McMahon was ordered to file a Status Report no later than June 23, 2017. To date, no Status Report has been filed with the Court. Accordingly, **no later than July 7, 2017, defendant McMahon is ordered to show cause** why sanctions should not be imposed for failure to comply with a Court Order. Filing of the Status Report on or before July 7, 2017, shall be deemed compliance with this Order to Show Cause.

cc:    Domonic Antonio Cooper, pro se
       Adam Lee Miederhoff, San Bernardino County Counsel

Initials of Deputy Clerk _____ ch