ADAM L. MIEDERHOFF, CA Bar No. 261913
Deputy County Counsel
MICHELLE D. BLAKEMORE, CA Bar No. 110474
County Counsel
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5446
Fax:            (909) 387-4069
*Adam.Miederhoff@cc.sbcounty.gov*

Attorneys for Defendants, Deputy Reynolds, Deputy Charles Lopez, and Deputy Brock Teyechea

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMONIC ANTONIO COOPER,, <br><br> Plaintiff, <br><br> vs. <br><br> SAN BERNARDINO SHERIFF JOHN MCMAHON, and DEPUTIES TEYECHEA, LOPEZ, DEPUTY REYNOLDS <br><br> Defendants. | CASE NO. EDCV 16-0949-PSG (PLA) <br><br> **DEFENDANTS' PROTECTIVE ORDER** <br><br><br> **Assigned to Honorable District Judge Philip S. Gutierrez** <br><br> **Referred to Magistrate Judge Paul L. Abrams** |

**TO THE HONORABLE COURT:**

Defendants, Deputy Reynolds, Deputy Charles Lopez, and Deputy Brock Teyechea, hereby submit the following protective order in this lawsuit, as it is likely to involve the production of peace officer personnel materials, including but

1

not limited to citizen complaints and internal affairs investigation matters, for which special protection from public disclosure and from use for any purpose other than prosecution of this action is warranted. Such confidential and proprietary materials and information consist of, among other things, information otherwise generally unavailable to the public, or which may be privileged or otherwise protected from disclosure under state or federal statutes, court rules, case decisions, or common law. Accordingly, to expedite the flow of information, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, to adequately protect information the parties are entitled to keep confidential, to ensure that the parties are permitted reasonable necessary uses of such material in preparation for and in the conduct of trial, to address their handling at the end of the litigation, and serve the ends of justice, a protective order for such information is justified in this matter. The subject case involves a claim of violation of civil rights under 42 USC §1983 stemming from alleged abuse by a peace officer.

    Plaintiff has sought, by way of discovery, certain documents and records from the personnel files of peace officers maintained by the Sheriff's Department. To protect confidential and/or privileged information, documents and records produced in discovery, and for good cause appearing therefor, the defendants propose the following Order regarding the control and use of these documents and records:

    1.    Documents, records and information ("Confidential Material") disclosed pursuant to this protective order, will be designated consecutively by page numbers and each page will be marked "CONFIDENTIAL – UNLAWFUL TO DUPLICATE."

    2.    The Confidential Material may be disclosed only to parties or their counsel in this action and their staff, experts and client, each of whom will be made aware of this protective order. Excluding the Court (including court

reporters, stenographic reporters and videographers, and court personnel), the Confidential Material may not be provided to any other person (but for plaintiff's experts) without the prior written stipulation of defendant or authorization from the Court.

3. The Confidential Material shall be used solely in connection with this litigation and not for any other litigation. To the extent the Confidential Material is disclosed at any deposition, it is subject to the terms of this protective order.

4. The parties and their counsel shall take reasonable precaution to prevent the unauthorized or inadvertent disclosure or any of the protected information or documents. Disclosure of the Confidential Material pursuant to this protective order will not constitute a general waiver by defendant of the privileges asserted as to the Confidential Material or related confidential material or records.

5. All documents subject to this Protective Order that are submitted to the Court or used in any pretrial proceeding before this Court shall remain confidential and shall be accorded *in camera* treatment.

6. The provisions of this Protective Order shall survive and remain in full force and effect after the Entry of Final Judgment, including any appellate proceedings) in this case, whether by settlement or litigation.

7. At the termination of this litigation, all Confidential Material governed by the provisions of this protective order (including any copies) shall be returned to counsel for defendant.

////
////
////
////

8. This protective order will be issued without prejudice to the right of the parties: a) to apply for further protective order relating to the Confidential Material; b) to apply for an order removing the "Confidential Material"

designation from the document; or c) to apply for an order compelling production of records, or modification of this order or for any order permitting disclosure or further restriction of confidential material.

Dated: September 14, 2018    MICHELLE D. BLAKEMORE
                             COUNTY COUNSEL

                             By /s/ Adam Miederhoff
                             ADAM L. MIEDERHOFF
                             Deputy County Counsel
                             Attorneys for Defendants, Deputy Reynolds, Deputy Charles Lopez, and Deputy Brock Teyechea

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: September 17, 2018

_____
Paul L. Abrams, United States Magistrate Judge